IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



2007 SEP 17  PM 2: 05

CLA____
CLERK U.S. DIST. C.
S.D. OF FL.-MIAMI

LARRY KLAYMAN,

      Plaintiff,

v.

FREEDOM'S WATCH, INC., BRADLEY
BLAKEMAN, an individual, ARI FLEISCHER,
an individual, MEL SEMBLER, an individual,
WILLIAM P. WEIDNER, an individual, MATTHEW
BROOKS an individual, ANTHONY GIOIA, an
Individual, KEVIN MOLEY, an individual,
HOWARD LEACH, an individual, ED SNIDER, an
Individual, SHELDON ADELSON an individual
and RICHARD FOX, an individual,

      Defendants.

_____/

Case No.

# 07-22433
## CIV-HUCK

MAGISTRATE JUDGE
SIMONTON

## COMPLAINT

The Plaintiff, Larry Klayman (hereinafter referred to as "KLAYMAN" or "PLAINTIFF"), brings the action against the Defendants, Freedom's Watch, Inc., Bradley Blakeman, an individual, Ari Fleischer, an individual, Mel Sembler, an individual, William P. Weidner, an individual, Matthew Brooks, an individual, Anthony Gioia, an individual, Kevin Moley, an individual, Howard Leach, an individual, Ed Snider, an individual, Sheldon Adelson an individual, and Richard Fox an individual, (collectively hereinafter referred to as "DEFENDANTS") and alleges as follows:

### NATURE AND OVERVIEW OF THE ACTION

1.    KLAYMAN is the rightful owner of the trade mark "FREEDOM WATCH."

2.      KLAYMAN files this action against DEFENDANTS for trademark dilution, unfair competition, false designation under the Lanham Act (15 U.S.C. §1051 et seq.), Florida trademark infringement, common law trademark infringement and Florida unfair competition.

3.      This lawsuit involves DEFENDANTS' intentional, concerted, and unlawful use and continued infringement of KLAYMAN'S trade name "FREEDOM WATCH" as well as DEFENDANTS' joint and several theft of KLAYMAN'S intellectual property.

4.      In bringing this lawsuit, KLAYMAN seeks preliminary and permanent injunctions to enjoin DEFENDANTS' continued illegitimate use of the "FREEDOM'S WATCH" name and the associated unlawful confusion, dilution, and infringement of the real "FREEDOM WATCH" mark, as well as damages, treble damages, punitive damages, attorneys' fees, and costs.

## THE PARTIES

5.      KLAYMAN is an individual resident of Miami-Dade County, Florida with his principal place of business in Miami-Dade County, Florida. KLAYMAN is also Chairman of FREEDOM WATCH, INC., a 501 (c)(3) non-profit public interest foundation existing under the laws of Washington, D.C. The mission of FREEDOM WATCH is to promote and protect freedom both domestically and abroad.

6.      DEFENDANT, Freedom's Watch, Inc., claims to be a 501(c)(4) non-profit foundation conducting business nationwide including here in the State of Florida.

7.      As set forth herein, the individual DEFENDANTS have acted in concert with each other to knowingly and intentionally commit unlawful actions against KLAYMAN nationwide as well as here in the State of Florida.

## JURISDICTION AND VENUE

**8.** This Court has subject matter jurisdiction over this action under 28 U.S.C. §§1331 and 1338(a).

**9.** This action arises out of the wrongful acts committed by the DEFENDANTS in this judicial district which subjects DEFENDANTS to personal jurisdiction herein. A substantial part of the events giving rise to these claims occurred in this judicial district, venue is proper herein under 28 U.S.C. §1391(b)(2). Moreover, the DEFENDANTS knowingly and intentionally directed, targeted, and inflicted injurious consequences upon KLAYMAN and other residents and citizens of the State of Florida and throughout the United States.

**10.** Since its inception, through vast nationwide advertising including print, radio, television, and the internet, DEFENDANTS, in concert with each other, have unlawfully used and promoted the name "FREEDOM'S WATCH" and have thereby intentionally found their way into Florida and into this judicial district by publishing, advertising and soliciting donations from, and attempting to create support in, the State of Florida and throughout the United States.

## FACTS COMMON TO ALL CLAIMS

### The "FREEDOM WATCH" Trademark.

**11.** On November 24, 2004, KLAYMAN prepared and sent through the U.S. Mails a letter to Paul Rodriguez requesting the registration of the FREEDOM WATCH mark and thus first used the FREEDOM WATCH mark. See Exhibit "A".

**12.** On November 29, 2004, KLAYMAN filed an application for registration with the United States Patent and Trademark Office for the trademark "FREEDOM WATCH."

See Exhibit "B."  The application lists the owner of FREEDOM WATCH as KLAYMAN and the date of first use as November 24, 2004.

**13.**     KLAYMAN'S first use and later registration of this mark is valid and constitutes prima facie evidence of his exclusive ownership of the trademark "FREEDOM WATCH."

**14.**     Since this time, KLAYMAN has continued to produce and maintain promotional materials, budgets, business plans and other organizational materials and intellectual property for the non-profit,  FREEDOM WATCH, INC., that is commonly known as "FREEDOM WATCH."   See Composite Exhibit "C."  The materials using the FREEDOM WATCH mark were disseminated and published through the U.S. mails and through various other means in U.S. commerce.

**15.**     KLAYMAN has also continued to promote and build support and good will for FREEDOM WATCH by corresponding with individuals and organizations across the country.

**16.**     KLAYMAN continued using the FREEDOM WATCH mark via a letter to many potential and actual supporters.  As just one example, attached hereto is an example of such letters to a specific supporter Louise Benson.  See Exhibit "D."

**17.**     In addition to building a network of supporters, KLAYMAN'S ongoing activities have included meeting with supporters and clients whose interests would be served in accordance with the FREEDOM WATCH mission.

**18.**     On November 29, 2004, KLAYMAN registered the official website "www.freedomwatchusa.org" in connection with the continuing use, promotion and advertising of the FREEDOM WATCH.  See Exhibit "E."

**19.**    On July 16, 2007, KLAYMAN placed a full-page advertisement for FREEDOM WATCH that ran in the weekly edition of The Washington Times and was distributed to around 120,000 subscribers. See Exhibit "F."

**20.**    On August 23, 2007, KLAYMAN filed an application for registration with the United States Patent and Trademark Office for the trademark "FREEDOM WATCH." See Exhibit "G."

**21.**    The trademark application correctly lists the owner of FREEDOM WATCH as KLAYMAN and the date of first use as November 24, 2004.

**22.**    KLAYMAN has spent thousands of dollars and has expended countless hours of time in his effort to advertise, promote, and develop good will for the trademark FREEDOM WATCH. KLAYMAN has even conducted negotiations with volunteers, employees and contractors on behalf of FREEDOM WATCH.

**23.**    As a result of such advertising, effort, and expenditures, KLAYMAN has established considerable good will in the "FREEDOM WATCH" mark which has become known and recognized as a symbol for protecting and promoting freedom.

**24.**    The FREEDOM WATCH mark is distinctive and has become associated by the consuming public exclusively with KLAYMAN who is himself a widely recognized public figure as the Founder, Chairman, and General Counsel of Judicial Watch, Inc. dating back to 1994. The name FREEDOM WATCH was first introduced by NBC's hit television drama "West Wing" which created the semi-fictional character Harry Klaypool of "Freedom Watch". Thus, the name FREEDOM WATCH was first associated with KLAYMAN and the public identifies him with it.

25. The FREEDOM WATCH mark is an invaluable asset of substantial and inestimable worth to KLAYMAN and his public interest endeavors.

### The DEFENDANTS' Intentional Infringement.

26. On or about August 22, 2007, KLAYMAN learned of a story put out by "The Politico" and thereby first learned of DEFENDANTS' plans to unlawfully infringe upon the "FREEDOM WATCH" mark by embarking upon their multi-million dollar nationwide adverting blitz using the name "FREEDOM'S WATCH" in an effort to engender support for the unpopular Iraq War. See Exhibit "H."

27. Immediately upon learning of DEFENDANTS' infringement of his trademark, KLAYMAN sent various emails and correspondence to DEFENDANTS and their lawyers including an August 24, 2007, letter to attorneys William McGinley and Ben Ginsberg of the Patton Boggs law firm demanding that DEFENDANTS unlawful infringement immediately cease and desist. See Exhibit "I."

28. Ignoring KLAYMAN, DEFENDANT, Ari Fleischer, a founding member and director of DEFENDANT, FREEDOM'S WATCH, INC. and former White House Press Secretary, publicly declared on behalf of FREEDOM'S WATCH: "for those who believe in peace through strength, the Calvary is coming" – referring to the $15,000,000.00 that is being spent by DEFENDANTS on television, newspaper, radio, and internet advertisement aimed at increasing Congressional support for the President's "surge" policy in Iraq. See Exhibit "H."

29. In further promoting FREEDOM'S WATCH and ignoring KLAYMAN'S demands to cease and desist, Ari Fleischer has displayed further indifference to the willful infringement by recently announcing publicly: "[w]e want to get the message to

both Democrats and Republicans: Don't cut and run, fully fund the troops, and victory is the only objective."

30.    Likewise, DEFENDANT, Bradley Blakeman, the president and chief executive officer of DEFENDANT, FREEDOM'S WATCH INC., recently stated publicly: "[p]eople decided that the time has come to fight back. This is a grassroots campaign aimed at ensuring that Congress continues to fully fund the troops with the ultimate goal of victory in the war on terror." See Exhibit "H."

31.    According to many media and other reputable sources, "FREEDOM'S WATCH" is a "front group" for President Bush, Vice-President Cheaney and the administration, running television, radio, newspaper, and internet advertising, to promote and solicit support for the Iraq War by targeting various members of Congress along with their respective constituents. See Exhibit "H."

32.    DEFENDANTS' media blitz is precisely coordinated to usher in the so-called "Petraeus Report" related to the recent "surge" in Iraq. General Petraeus' report to Congress was delivered during the week of September 10, 2007. Attached and incorporated hereto as Exhibit "J" is an 18 page article detailing the actions take by DEFENDANTS in infringing and diluting PLAINTIFF'S rights.

33.    On September 7, 2007, General Petraeus himself sent an open letter to all Americans serving in Iraq, alerting them of his upcoming testimony and telling the troops that he would appear before Congress "conscious of the strain on our forces, the sacrifices that you and your families are making, the gains we have made in Iraq, the challenges that remain, and the importance of building on what we and our Iraqi counterparts have fought so hard to achieve."

**34.** Indeed, as the New York Times reported on September 8, 2007, "[Petraeus']
appearance was the culmination of a carefully choreographed campaign that has included
the lobbying of lawmakers by White House officials and supporters, and the coordination
of a $15 million, 20-state television advertising blitz by a new group called Freedom's
Watch, led by a former White House press secretary, Ari Fleischer."

**35.** In addition to their own $15,000,000.00 plus media blitz, DEFENDANTS'
actions have caused an underlying media storm wherein people across the country are
debating the merits and propriety of the FREEDOM'S WATCH mission to "sell" war.

**36.** The public debate has caused even further unlawful use, infringement and
tarnishing of the FREEDOM WATCH mark constituting unfair competition and causing
public confusion and dilution of the mark which in turn tarnishes KLAYMAN'S personal
good will and reputation as the creator and owner of the FREEDOM WATCH mark.

**37.** The unlawful infringement and use of the FREEDOM WATCH name in
conjunction with the promotion and furtherance of the Iraq war destroys the real
FREEDOM WATCH trademark as KLAYMAN and his FREEDOM WATCH, while
supportive of removing Saddam Hussein, stand for the position that the Iraq war does not
promote freedom but in fact damages it as the Iraqi people are incapable of and are in fact
opposed to democracy. The civil war in Iraq demonstrates that Iraq has become little
more than a refuge for terrorism in the midst of a bloody and fruitless civil war with no
end in sight. Thus, DEFENDANTS are not in any way affiliated or associated with
KLAYMAN or the real FREEDOM WATCH and they have absolutely no legal right or
authority to use, market, advertise, damage and destroy the FREEDOM WATCH mark.

**38.**      Recently, president Bradley Blakeman of Freedom's Watch, Inc. has arrogantly declared that his group is the new sheriff in town and will be around for a long time; further infringing on PLAINTIFF'S trademark and causing further damage. See Exhibit "K."

## FIRST CLAIM FOR RELIEF

### (Trademark Dilution)

**39.** The allegations set forth in paragraphs 1-38 above are incorporated by reference as if set forth fully herein.

**40.** The Trademark FREEDOM WATCH is a distinctive trademark. The trademark FREEDOM WATCH is inherently distinctive and has acquired distinctiveness.

**41.** The PLAINTIFF has extensively and exclusively used the trademark FREEDOM WATCH in commerce throughout the world in connection with its non-profit public interest organization designed as a watchdog to promote and protect freedom domestically and around the world.

**42**. The DEFENDANTS unauthorized use of FREEDOM WATCH dilutes the distinctive quality of, and tarnishes, the famous trademark FREEDOM WATCH in violation of 15 U.S.C. §1125(c)(1).

**43.** The PLAINTIFF is being irreparably harmed by the DEFENDANTS' unlawful actions, and the PLAINTIFF is entitled to preliminary and permanent injunctions prohibiting the DEFENDANTS from using the FREEDOM WATCH mark, and transferring the domain name to the Court pending a final resolution on the merits.

**44.** The PLAINTIFF has no adequate remedy at law that will compensate for the continued and irreparable harm it will suffer if the DEFENDANTS' acts are allowed to continue.

**45.** While, the PLAINTIFF has clean hands, DEFENDANTS have unclean hands.

**46.** As a direct and proximate result of the DEFENDANTS' conduct, the PLAINTIFF has suffered damages in an amount to be proved at trial. In addition, the PLAINTIFF is entitled to his costs and attorneys' fees.

<u>**SECOND CLAIM FOR RELIEF**</u>

**(False Designation of Origin)**

**47.** The allegations set forth in paragraphs 1-38 above are incorporated herein by this reference.

**48.** By the DEFENDANTS' unauthorized use of FREEDOM WATCH, the DEFENDANTS have used a false designation of origin that is likely to cause and have caused confusion, mistake, or deception as to the connection of the FREEDOM WATCH with the PLAINTIFF in violation of 15 U.S.C. § 1125(a).

**49.** Because of the DEFENDANTS' conduct, the PLAINTIFF has been irreparably harmed in its business. Moreover, the PLAINTIFF will continue to suffer irreparable harm unless the DEFENDANTS are restrained and enjoined from making false designations of origin, false descriptions, or misrepresentations regarding FREEDOM WATCH, and the PLAINTIFF is entitled to an injunction prohibiting the DEFENDANTS from using FREEDOM WATCH, and transferring the domain name to the Court pending a final resolution on the merits.

**50.**     The PLAINTIFF has no adequate remedy at law that will compensate for the continued and irreparable harm it will suffer if DEFENDANTS' acts are allowed to continue.

**51.**     As a direct and proximate result of the DEFENDANTS' conduct, the PLAINTIFF has suffered damages in an amount to be proved at trial. In addition, the PLAINTIFF is entitled to treble damages, punitive and its costs and attorneys' fees. The DEFENDANTS' actions are willful, wanton, and accordingly, this is an exceptional case within the meaning of 15 U.S.C. § 1117(a).

### THIRD CLAIM FOR RELIEF

### (Florida Trademark Infringement)

**52.**     The allegations set forth in paragraphs 1-38 above are incorporated herein by this reference.

**53.**     The DEFENDANTS have ignored the cease and desist letter and other correspondence that has been mailed to them.

**54.**     The PLAINTIFF has a state and common law protected trademark of his FREEDOM WATCH mark.

**55.**     The DEFENDANTS are using the PLAINTIFF'S state and common law protected trademarks in FREEDOM WATCH for their own commercial purpose without consent or authority of the PLAINTIFF.

**56.**     The DEFENDANTS had knowledge of the PLAINTIFF'S state common law protected rights in FREEDOM WATCH.

57.     The DEFENDANTS have violated Fla. Stat. §495.131 by infringing on PLAINTIFF'S protected state and common law trademark rights in FREEDOM WATCH.

58.     The DEFENDANTS use of the PLAINTIFF'S intellectual property has created a likelihood of confusion with the PLAINTIFF'S supporters and the general public.

59.     Pursuant to Fla. Stat. §495.131, the PLAINTIFF has suffered damages and injuries as a result of the confusion caused by the DEFENDANTS unauthorized use of the PLAINTIFF'S state and common law protected trademark rights in FREEDOM WATCH.

### FOURTH CLAIM FOR RELIEF

### (Florida Trademark dilution)

60.     The allegations set forth in paragraphs 1-38 above are incorporated herein by this reference.

61.     The DEFENDANTS' above-averred actions constitute dilution of the distinctive quality and/or tarnishment of the PLAINTIFF'S famous trademarks in violation of Florida trademark dilution statute §495.151.

### FIFTH CLAIM FOR RELIEF

### (Unfair Competition under Florida Statute)

62.     The allegations set forth in paragraphs 1-38 above are incorporated herein by this reference.

63.     The DEFENDANTS' above-averred actions constitute unlawful and/or unfair competition.

64.     The DEFENDANTS' above-averred actions constitute passing off of their non-profit organizations and their purpose in supporting and promoting certain governmental policy as that of the PLAINTIFF and a false representations that the DEFENDANTS are affiliated with or sponsored by the PLAINTIFF, when in fact they are not.

### SIXTH CLAIM FOR RELIEF

#### (Common-Law Trademark Infringement)

65.     The allegations set forth in paragraphs 1-38 above are incorporated herein by this reference.

66.     The DEFENDANTS' above-averred actions constitute trademark infringement in violation of the common law of the State of Florida.


WHEREFORE, the PLAINTIFF prays for a judgment against the DEFENDANTS as follows:

A. That the DEFENDANTS, and all of the DEFENDANTS' agents, servants, employees, and attorneys, and all other persons in active concert or participation with them who receive actual notice of the injunction, be preliminarily, and permanently enjoined from, without permission from PLAINTIFF:

(1) using the PLAINTIFF'S marks, any colorable imitations thereof, or any marks confusingly similar thereto;

(2) transferring to anyone other than to the Court the domain name www.freedomwatch.org or any other domain names, or use names, words, designations, or other symbols confusingly similar to the PLAINTIFF'S Trademarks;

(3) registering, maintaining registrations for, using, offering for sale, claiming ownership of, or in any other way using the trade name FREEDOM WATCH or use names, words, designations, or other symbols confusingly similar to the PLAINTIFF'S Trademarks; and

(4) otherwise deceptively or unfairly competing with the PLAINTIFF.

B.      That the DEFENDANTS be ordered to disclose to the Court and to the PLAINTIFF all other domain name registrations owned or registered by the DEFENDANTS through any domain name registrar in order to permit the Court and the PLAINTIFF to consider whether any such other registration should be subject to other relief in this matter.

C.      That the DEFENDANTS be ordered to transfer to the Court the registration for the domain name www.freedomwatch.org or any other domain names confusingly similar to PLAINTIFFS' trademarks.

D.      That the PLAINTIFF be awarded damages in an amount to be determined at trial based on DEFENDANTS':

(1) dilution of the PLAINTIFF'S marks;

(2) infringement of the PLAINTIFF'S marks; and

(3) false designations of origin, descriptions, and representations.

(4) unfair competition against the PLAINTIFF

E.      That PLAINTIFF be awarded damages and restitution, in an amount to be determined at trial, under 15 U.S.C. §1117(a) for the total profits received by the DEFENDANTS from, and any damages sustained by the PLAINTIFF, as a result of, the DEFENDANTS' actions.

F.     That the PLAINTIFF be awarded treble and punitive damages for DEFENDANTS' oppressive, fraudulent, and malicious acts of unfair competition.

H.     That the DEFENDANTS be ordered to deliver to the PLAINTIFF for destruction all labels, signs, prints, packages, advertising materials, or products that bear marks confusingly similar to the PLAINTIFF'S Marks, or that result in any unfair competition by the DEFENDANTS against the PLAINTIFF.

I.     That the DEFENDANTS be ordered to make a written report within a reasonable period, to be filed with the Court, detailing the manner of the DEFENDANTS' compliance with the requested injunctive and mandatory relief above.

J.     That the PLAINTIFF be awarded its reasonable attorneys' fees and costs of suit under 15 U.S.C. §1117(a) and 35 U.S.C. §285; and that the PLAINTIFF be awarded such other relief as the Court may deem just and proper.

K.     That a receiver be appointed, and an audit conducted under Court supervision to determine the amount of damage to the PLAINTIFF and to determine and marshal assets of the DEFENDANTS.

L.     PLAINTIFF hereby demands a trial by jury.

Respectfully Submitted,

Dated: _9/13/07_

By _____
Larry Klayman, Esquire
Fla. Bar No. 0246220
Email: leklayman@bellsouth.net
THE KLAYMAN LAW FIRM, P.A.
Courvoisier Centre
601 Brickell Key Drive, Suite 404
Miami, FL 33131
Telephone: (305) 579-3455
Facsimile:  (305) 579-3454



**540 Brickell Key Drive, Suite 732**          **Miami, FL 33131**

Via Certified Mail / Return Receipt Requested

November 24, 2004

Mr. Paul Rodriguez
7720 Island Creek Court
Alexandria, VA 22315

Mr. Rodriguez:

As discussed, please proceed with registration of the above FREEDOM WATCH
trademark.

Sincerely,


Larry Klayman

*Exhibit        A*

Larry Klayman v Freedom's Watch, et al.

Document Description: **Application**
Mail / Create Date: **29-Nov-2004**

| Previous Page | Next Page | You are currently on page [ 1 ] of [ 3 ] | |

PTO Form 1478 (Rev 6/2005)
OMB No. 0651-0009 (Exp xx/xx/xxxx)

# Trademark/Service Mark Application, Principal Register

## Serial Number: 78523595
## Filing Date: 11/29/2004

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **MARK SECTION** | |
| MARK | Freedom Watch |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | Freedom Watch |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **OWNER SECTION** | |
| NAME | Klayman, Larry E./Larry E. Klayman |
| STREET | 540 Brickell Key Drive, Unit 732 |
| CITY | Miami |
| STATE | FL |
| ZIP/POSTAL CODE | 33131 |
| COUNTRY | United States |
| PHONE | 305-577-8944 |
| FAX | 305-675-3903 |
| EMAIL | leklayman@bellsouth.net |
| AUTHORIZED EMAIL COMMUNICATION | Yes |

*Exhibit* ___B___

Larry Klayman v Freedom's Watch, et al.

## LEGAL ENTITY SECTION

| | |
|---|---|
| TYPE | INDIVIDUAL |
| COUNTRY OF CITIZENSHIP | United States |

## GOODS AND/OR SERVICES SECTION

| | |
|---|---|
| DESCRIPTION | Use in conjunction with 501(c)(3) non-profit educational foundation dedicated to economic and social justice. |
| FILING BASIS | Section 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 11/24/2004 |
| FIRST USE IN COMMERCE DATE | At least as early as 11/24/2004 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT11\IMAGEOUT 11\785\235\78523595\xml1\ APP0003.JPG |
| SPECIMEN DESCRIPTION | The words "Freedom Watch" with an American flag |

## SIGNATURE SECTION

| | |
|---|---|
| SIGNATURE | /Larry E. Klayman/ |
| SIGNATORY NAME | Larry E. Klayman |
| SIGNATORY DATE | 11/29/2004 |
| SIGNATORY POSITION | Attorney At Law, Trademark Owner |

## PAYMENT SECTION

| | |
|---|---|
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 335 |
| TOTAL AMOUNT | 335 |

## ATTORNEY

| | |
|---|---|
| NAME | Larry E. Klayman |
| FIRM NAME | The Klayman Law Firm |
| STREET | 540 Brickell Key Drive, Unit 732 |
| CITY | Miami |
| STATE | FL |
| ZIP/POSTAL CODE | 33131 |

| COUNTRY | United States |
| --- | --- |
| PHONE | 305-577-8944 |
| FAX | 305-675-3903 |
| EMAIL | leklayman@bellsouth.net |
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| OTHER APPOINTED ATTORNEY(S) | N/A |

| **CORRESPONDENCE SECTION** | |
| --- | --- |
| NAME | Larry E. Klayman |
| FIRM NAME | The Klayman Law Firm |
| STREET | 540 Brickell Key Drive, Unit 732 |
| CITY | Miami |
| STATE | FL |
| ZIP/POSTAL CODE | 33131 |
| COUNTRY | United States |
| PHONE | 305-577-8944 |
| FAX | 305-675-3903 |
| EMAIL | leklayman@bellsouth.net |
| AUTHORIZED EMAIL COMMUNICATION | Yes |

| **FILING INFORMATION** | |
| --- | --- |
| SUBMIT DATE | Mon Nov 29 13:02:58 EST 2004 |
| TEAS STAMP | USPTO/BAS-679317014-20041 129130258877164-78523595-200f83261589642386f1314ea 14765586c1-CC-624-2004112 9125935435238 |

PTO Form 1478 (Rev 6/2005)
OMB No. 0651-0009 (Exp xx/xx/xxxx)

## Trademark/Service Mark Application, Principal Register

### Serial Number: 78523595
### Filing Date: 11/29/2004

## To the Commissioner for Trademarks:

**MARK:** (Standard Characters, see mark)

The mark consists of standard characters, without claim to any particular font, style, size, or color.

The literal element of the mark consists of Freedom Watch.

The applicant, Larry E./Larry E. Klayman Klayman, a citizen of United States, residing at 540 Brickell Key Drive, Unit 732, Miami, FL, United States, 33131, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

The applicant, or the applicant's related company or licensee, is using the mark in commerce, and lists below the dates of use by the applicant, or the applicant's related company, licensee, or predecessor in interest, of the mark on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

International Class _____: Use in conjunction with 501(c)(3) non-profit educational foundation dedicated to economic and social justice.

In International Class _____, the mark was first used at least as early as 11/24/2004, and first used in commerce at least as early as 11/24/2004, and is now in use in such commerce. The applicant is submitting or will submit one specimen for *each class* showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) The words "Freedom Watch" with an American flag.

Specimen - 1

The applicant hereby appoints Larry E. Klayman and N/A of The Klayman Law Firm, 540 Brickell Key Drive, Unit 732, Miami, FL, United States, 33131 to submit this application on behalf of the applicant.

The USPTO is authorized to communicate with the applicant or its representative at the following email address: leklayman@bellsouth.net.

A fee payment in the amount of $335 will be submitted with the application, representing payment for 1 class(es).

## Declaration

Trademark/Service Mark Application, Principal Register                                    Page 5 of 6

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.


Signature: /Larry E. Klayman/  Date: 11/29/2004
Signatory's Name: Larry E. Klayman
Signatory's Position: Attorney At Law, Trademark Owner


Mailing Address:
    Larry E. Klayman
    540 Brickell Key Drive, Unit 732
    Miami, FL 33131

RAM Sale Number: 624
RAM Accounting Date: 11/29/2004

Serial Number: 78523595
Internet Transmission Date: Mon Nov 29 13:02:58 EST 2004
TEAS Stamp: USPTO/BAS-679317014-20041129130258877164
-78523595-200f83261589642386f1314ea14765
586c1-CC-624-20041129125935435238


<u>TDR Home</u>


This document may be displayed as a PDF file containing images without text. You may view online or save the entire document by clicking on the file download icon in the upper right corner of this page.
[required PDF viewer]
FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- ***General trademark information****: Please e-mail* <u>TrademarkAssistanceCenter@uspto.gov</u>, *or telephone either 571-272-9250 or 1-800-786-9199.*
- ***Technical help****: For instructions on how to use TDR, or help in resolving **technical glitches**, please e-mail* <u>TDR@uspto.gov</u>. *If outside of the normal business hours of the USPTO, please e-mail* <u>Electronic Business Support</u>, *or call 1-800-786-9199.*
- ***Questions about USPTO programs****: Please e-mail* <u>USPTO Contact Center (UCC)</u>.

Trademark/Service Mark Application, Principal Register

**NOTE:** *Within any e-mail, please include your telephone number so we can talk to you directly, if necessary. Also, include the relevant serial number or registration number, if existing.*



## Freedom Watch – Shining the Light on Freedom!

*The quest to keep freedom thriving in present-day democratic nations is a noble cause. But the quest to protect such freedoms cannot rest on mere words alone. The pursuit of freedom requires action.*

Freedom Watch, Inc. was started with this mission in mind: protecting freedom where it thrives and Promoting freedom where individual liberties are stymied by dictatorial and brutish regimes that suffocate the sparks of liberty and individual rights.

Founded by Larry Klayman, the previous Chairman of Judicial Watch, and also lead by Paul M. Rodriguez, the former managing editor and chief investigative correspondent of *Insight Magazine*, this new and independent non-profit organization will achieve its goals as an international watchdog for freedom … through action!

Utilizing a broad but targeted set of unique task forces, Freedom Watch will target key areas of concerns among supporters who understand the values of freedom-loving people. Every one of these task forces will respond with actions – not mere words. This is how Klayman and Rodriguez worked in the past to expose corruption, fraud and abuses that undermine American liberties. And this is how they are getting the job done now!  With Freedom Watch … there is no other way.

People flock to our shores in search of protections for their God-given rights of life, liberty and the pursuit of happiness. People do not exodus America. Freedom Watch will actively work to burnish, not tarnish the American image as so many leftist and foreign "allies" work to undercut and destroy our way of life.

In support of what President Bush said during his 2005 inauguration speech, Freedom Watch is committed to promoting democracy worldwide. But unlike the President, who is limited by the reality of politics in what he can accomplish, Freedom Watch will be a forceful partner in pushing viable initiatives to promote and support freedom – at home and abroad.

The current concept of the United Nations has come and gone.  The organization is comprised of thugs and leaders of terrorist states.  America's involvement in the U.N. cannot continue under present circumstances and Freedom Watch will be the catalyst for change.  This cannot happen overnight.  So until that time, Freedom Watch will push to reform the corrupt group, and we will bring legal and other actions to force Secretary General Kofi Annan to step down.  Furthermore, we will demand that the rule of law the U.N. seeks to impose upon others is applied to the U.N. itself!

Friends, over the past year, there have been major national debates on what defines the American family.  Our beloved country, the United States, was built on a moral code – a Judeo-Christian ethic – and Freedom Watch will be there to preserve and defend it.  The fight against this radical anti-family agenda will be fought on our grounds, ***and we will win!***

On September 11, 2001, our country was attacked.  We shall honor the memory of those that perished on that brutal day by helping to drive a nail in the coffin of terrorists and all those that support our enemies, whether nation states or front groups masquerading as NGOs.

There can be no room for those that hate our great nation and the struggle of people in support of American values. The breeding grounds of hatred and ignorance, including bloodied ground in the Middle East due to radical Islamists, will be exposed, removed and the seeds of democracy shall flourish. Those that fund religious hatred will be exposed as well, as they are feeding this evil of hatred now set loose on the world.

1

*Exhibit      C*

Larry Klayman v Freedom's Watch, et al.

Religious values are being trampled, too – on a daily basis. For example, in certain sectors of the United States, Judeo-Christian values have come under attack. So much so that Christianity has become a dirty word! We have a Constitutional right to express our faith, and we will not accept any restrictions amongst God-loving people to practice our religions in peace. Freedom Watch will take the fight to all those whose work threatens to extinguish our religious rights and freedoms – and those oppressed globally.

American soil is sacred. The ideals of liberty that have prospered in this great nation have come at a high cost -- from the days of our Founding Fathers to the present -- as countless men and women have given the ultimate sacrifice for our liberties – and those of millions worldwide; even today. Freedom Watch will uphold the memories of those who have answered the call of patriotism and have offered a helping hand to countless millions in search of the same basic rights enjoyed by all Americans today.

Human life is sacred. Freedom Watch recognizes the fact that parents and spouses have a role in seeing that their loved ones' lives are respected. Freedom Watch will use all available legal means to protect life and to protect the rights of the unborn, by representing the rights of family members who oppose abortion and euthanasia. Furthermore, we will work to shut down groups that use taxpayers' funds to promote acts that many consider deplorable.

The right to privacy is a Constitutional right that has been trampled on, especially in recent times. Protecting those from government intrusion will be a top priority for Freedom Watch, and we will stop at nothing to break down the wall of government 'secrecy' that threatens us all.

At Freedom Watch, we believe in free speech. However, if media organizations step out of line, we will make sure they are held accountable by bringing lawsuits against them.

State sponsorship of unfair trade practices harms American business. Allies should be allies 100% of the time -- as America tries to be to her friends. Freedom Watch will work to remove trade barriers by protecting intellectual property and fair trade around the world.

Our businesses and our livelihoods can no longer afford policies that allow for unchecked borders, especially during a time of war. Protecting and defending America's sovereignty is a paramount goal to ensure our economic security. Using all available legal means, Freedom Watch will work to protect our borders from those that trample our country's laws. Freedom Watch will defend against those seeking to undermine our fundamental liberties.

Freedom Watch also will, once and for all, light the fuse that will end in the abolishment of the IRS. No longer will individuals or groups be audited for political or improper purposes!

Friends, our freedoms in the United States are being eroded. The question is, do we sit back and watch? Or do we take action – real action? *We at Freedom Watch say action!*

Many groups say great things. Freedom Watch was created *to do great things*. This is the legacy of Larry Klayman and Paul Rodriguez, when they directed their groundbreaking initiatives through legal activism at Judicial Watch and ground breaking investigative reporting at *Insight Magazine*.

Freedom Watch will not only *act forcefully* to protect your liberties, it will educate the American public through websites, publications, media appearances, seminars and conferences.

Help us in our new journey to Shine the Light on Freedom!

Support our quest to protect and promote freedom for all!

Support Freedom Watch today!

God bless.


Larry Klayman                              Paul M. Rodriguez
Founder & Chairman                    President

2

Religious values are being trampled, too – on a daily basis. For example, in certain sectors of the United States, Judeo-Christian values have come under attack. So much so that Christianity has become a dirty word! We have a Constitutional right to express our faith, and we will not accept any restrictions amongst God-loving people to practice our religions in peace. Freedom Watch will take the fight to all those whose work threatens to extinguish our religious rights and freedoms – and those oppressed globally.

American soil is sacred. The ideals of liberty that have prospered in this great nation have come at a high cost -- from the days of our Founding Fathers to the present -- as countless men and women have given the ultimate sacrifice for our liberties – and those of millions worldwide; even today. Freedom Watch will uphold the memories of those who have answered the call of patriotism and have offered a helping hand to countless millions in search of the same basic rights enjoyed by all Americans today.

Human life is sacred. Freedom Watch recognizes the fact that parents and spouses have a role in seeing that their loved ones' lives are respected. Freedom Watch will use all available legal means to protect life and to protect the rights of the unborn, by representing the rights of family members who oppose abortion and euthanasia. Furthermore, we will work to shut down groups that use taxpayers' funds to promote acts that many consider deplorable.

The right to privacy is a Constitutional right that has been trampled on, especially in recent times. Protecting those from government intrusion will be a top priority for Freedom Watch, and we will stop at nothing to break down the wall of government 'secrecy' that threatens us all.

At Freedom Watch, we believe in free speech. However, if media organizations step out of line, we will make sure they are held accountable by bringing lawsuits against them.

State sponsorship of unfair trade practices harms American business. Allies should be allies 100% of the time -- as America tries to be to her friends. Freedom Watch will work to remove trade barriers by protecting intellectual property and fair trade around the world.

Our businesses and our livelihoods can no longer afford policies that allow for unchecked borders, especially during a time of war. Protecting and defending America's sovereignty is a paramount goal to ensure our economic security. Using all available legal means, Freedom Watch will work to protect our borders from those that trample our country's laws. Freedom Watch will defend against those seeking to undermine our fundamental liberties.

Freedom Watch also will, once and for all, light the fuse that will end in the abolishment of the IRS. No longer will individuals or groups be audited for political or improper purposes!

Friends, our freedoms in the United States are being eroded. The question is, do we sit back and watch? Or do we take action – real action? *We at Freedom Watch say action!*

Many groups say great things. Freedom Watch was created *to do great things*. This is the legacy of Larry Klayman and Paul Rodriguez, when they directed their groundbreaking initiatives through legal activism at Judicial Watch and ground breaking investigative reporting at *Insight Magazine*.

Freedom Watch will not only *act forcefully* to protect your liberties, it will educate the American public through websites, publications, media appearances, seminars and conferences.

Help us in our new journey to Shine the Light on Freedom!

Support our quest to protect and promote freedom for all!

Support Freedom Watch today!

God bless.


Larry Klayman                                    Paul M. Rodriguez
Founder & Chairman                               President

2

FREEDOM WATCH, INC.
2005 PROJECTED BUDGET

I. Task Forces and Special Projects - Monies projected for litigation, investigative and educational activities related to various task forces and special projects of Freedom Watch, Inc., including but not limited to efforts to remove the United States from the United Nations, or in the alternative to significantly reform the United Nations, fight terrorism at home and abroad through rational national security and immigration policies and procedures, preserve and protect the religious rights of all persons, prevent abortions and respect the rights of the elderly and children, fight for a free press that is not bent on destroying what it perceives to be its political adversaries, eliminate unfair competition in domestic and international trade, protect the privacy rights of individuals, as well as their civil liberties, and other special projects designed to promote and preserve freedom in the United States and around the world............................................................................................... $4,750,000.00

II. Fixed Start Up and Other Expenses such as rent, office equipment, computers, furniture, salaries, insurances, promotional literature, videos, website design, maintenance and service, telephone and fax service, e-mail service, etc................................................................................... $750,000.00

III. Conferences, Awards, and Debates........................................................................... $75,000.00

IV. Television and Radio Show Operating Costs and Institutional Advertising............ $125,000.00

V. Written Magazines, Books and Other Publications..................................................... $150,000.00

VI. Outside Accountants and Legal Services................................................................... $50,000.00

VII. Travel and Related Expenses..................................................................................... $45,000.00

TOTAL 2005 FREEDOM WATCH PROJECTED BUDGET.................................. $5,945,000.00



## *Shining the Light on Freedom!*

2020 Pennsylvania Ave. • Suite 885 • Washington, D.C. • 20006 • (786) 497-2926
www.freedomwatchusa.org  • leklayman@bellsouth.net

## MEMBERSHIP CLASSES

### CABINET OFFICERS' CLUB

Freedom Watch's highest membership class, the Cabinet Officers' Club, entitles the donor to a seat at the cabinet table with the organization's directors and officers, and allows the club member to give advice and vote on case initiatives. It also provides for free entry into all major annual Freedom Watch events, such as annual conferences, debates, cruises, and the like. All Freedom Watch publications, such as newsletters, books, and other materials are also given free of charge. A special award plaque is provided to each Cabinet Officers" Club Member. The cost of Cabinet Officers' membership is $50,000 per year.

### PATRIOTS' CLUB

Freedom Watch's second highest membership class is the Patriots' Club, which entitles the donor to sit at the Cabinet table with the directors and officers and offer advice, but does not entail a vote. It also provides for free entry into Freedom Watch's annual conference and any debates, including a free subscription to all of the group's publications, such as newsletters, books and other materials. A desk blotter and set, with the Patriot Club member's engraved name and Freedom Watch logo, is also awarded. The cost of Patriots' Club membership is $25,000 per year.

1

## SENTRY CLUB

Freedom Watch's third highest membership class is the Sentry Club, which entitles the donor to participate in e-mail and telephone conference chat sessions with the directors and officers. It also provides for free entry into Freedom Watch's annual conference, as well as allows the donor to receive all of the group's publications. A windbreaker jacket, embroidered with the Sentry's Club member's name and the Freedom Watch logo, is also provided. The cost of Sentry Club membership is $10,000 per year.

## FOUNDING FATHERS' CLUB

The Founding Fathers' Club membership entitles the member to receive the private phone numbers of the Freedom Watch directors and officers, free subscriptions to all of the organization's publications, and a desk clock engraved with the member's name and the Freedom Watch logo. He or she is also invited to all of Freedom Watch's events. The Founding Fathers' Club membership is available to any donor who gives at least $5,000 per year.

## GUARDIAN CLUB

The Guardian Club membership entitles the member to receive a special honorary Freedom Watch lapel or dress pin and framed certificate of appreciation and is invited to all of the organization's events and receives all of its publications free of charge. He or she is also invited to all Freedom Watch events. The Guardian Club membership class is available to any donor who contributes over $1,000 per year.

## GENERAL DONATIONS CLUB

Freedom Watch accepts all donations from reputable sources and there is no minimum or maximum limit as to how much can be given per donor. The organization is very appreciative of its supporters and could not accomplish its important mission without them. Freedom Watch also applies for and receives grants and other types of support, including securities, bonds, real estate or any other type of personal or real property. All donations, no matter what the size, are welcome and appreciated.

And, all contributions are tax deductible to the extent allowable by law.

2

## MEMBERSHIP CONTRIBUTION FORM

Please Select Your Membership Club Designation:

☐  Cabinet Officers' Club ($50,000 per year)

☐  Patriots' Club ($25,000 per year)

☐  Sentry Club ($10,000 per year)

☐  Founding Fathers' Club (at least $5,000 per year)

☐  Guardian Club (over $1,000 per year)

☐  General Donations Club (any amount)


Personal Information:

Name: _____        Phone: _____

Address: _____        Fax: _____

E-mail: _____


Method of Payment:

Check _____

Amex No. _____

MasterCard No. _____

Visa No. _____


Freedom Watch is a 501(c)(3) non-profit organization. Contributions received from
individuals, foundations and corporations are tax-deductible to the extent allowable by law.



## *Shining the Light on Freedom!*

2020 Pennsylvania Ave. • Suite 885 • Washington, D.C. • 20006 • (786) 497-2926
www.freedomwatchusa.org • leklayman@bellsouth.net

February 17, 2005

By Mail


Louise Benson
5779 Rolling Road
Woodland Hills, CA 91367


Re: A New Star Is Born! FREEDOM WATCH - Shining the Light on Freedom!

---


Dear Louise:

No. This letter is not about Elton John's famous song, "Philadelphia Freedom!," although I was born in Philadelphia in the summer of 1951. Its about a new and exciting endeavor that Paul Rodriguez, who y'all will remember as the Managing Editor of *Insight Magazine*, and I, have founded; FREEDOM WATCH.

In advance of formerly announcing this new endeavor, I am sending to you some draft materials to obtain your comments and financial support.

Freedom Watch was first born during early episodes of the hit NBC series, "West Wing," where a not too fictionalized public interest lawyer named Harry Klaypool took on the Bartlett White House the way I took on the Clinton White House during my decade as the founder, chairman and general counsel of Judicial Watch. While the "Left Wing" belittles Harry Klaypool's relentless pursuit of President Bartlett - indeed the character, played by John Diehl is still a "whipping boy"

1

*Exhibit      D*

Larry Klayman v Freedom's Watch, et al.

on the show - I really liked the name Freedom Watch. So I decided to trademark it and form a new public interest group that would not duplicate what my former group, Judicial Watch, does, but sets sail in other important directions for the betterment of our great country. And, who better to lead it with me than my best friend Paul Rodriguez who, during the Clinton years, helped me expose and prosecute, with his advice and wisdom, the corrupt Bonnie and Clyde of American politics, Bill and Hillary Clinton. You might remember that, at *Insight Magazine*, Paul not only uncovered the Clinton White House missing e-mail scandal, which I later prosecuted at Judicial Watch, but also Bill's and Hillary's illegal sale of graves at Arlington cemetery to large Democrat donors, among his many other successes as an investigative journalist.

There are other groups that make reference to the word "freedom" in their name. But, in the style I perfected at Judicial Watch, Freedom Watch will not just talk, but with a no holds barred approach act, forcefully, to preserve the rich liberties that our founding fathers bequeathed to us. And, the time to start Freedom Watch is very opportune! It is no wonder that President Bush made reference to the need to shine the light on freedom almost fifty times during his inauguration address. Now, more than ever – in a time when our children's and grandchildren's lives are threatened not only by terrorists but godless atheists who want to destroy our Judeo-Christian heritage and national sovereignty, socialize our economy, kill the unborn and abandon the elderly, allow for unfair foreign competition and an invasion of illegal immigrants across our porous borders, not to mention also violate our privacy, we need an action group that will fight fiercely for freedom by the side of President Bush, with a winner take all approach that is not constrained by politics or perceived correctness.

In the ten years since I founded Judicial Watch, I built it into a mega and perhaps the most powerful public interest group both in our country and overseas. In 2000, thanks to your support, we were bigger in revenues than even the esteemed Heritage Foundation. With the contributions you made to Judicial Watch, which I left in 2003 to run for the U.S. Senate for Florida, I was able to take on and win court cases against the corrupt Washington establishment on behalf of the American people. And, while I never filed cases for political purposes or to influence elections and, as you know, held everyone, even my own political party, accountable, it is a recognized fact that Republicans and conservatives would not have retaken the White House in 2000 if I had not exposed the corruption of the Clintons. Forty-four percent of the American electorate voted for President Bush just because of the ethical cesspool I had uncovered in the Clinton-Gore administration. My good friend, former Congressman Bob Barr, who I worked with to impeach Bill Clinton, credits me with exposing about ninety percent of the corruption during the Clinton years. And, I was the only one ever to have obtained a court ruling that Bill Clinton committed a crime, when he illegally released into the public domain the Privacy Act protected files of a woman he harassed in the Oval Office, my former client Kathleen Willey. Recently, in a case I handled while at Judicial Watch – the Peter Paul case – Hillary Clinton's finance chairman in her 2000 Senate campaign, was indicted. Let's hope Hillary herself is next!

With you and Paul at my side, I plan to have the same success at Freedom Watch!

Please read the enclosed draft mission statement and other materials about Freedom Watch

2

carefully. Freedom Watch will be unparalleled both as an action group, and in educating the American people and the world on the need for freedom. As was true when I founded Judicial Watch, Paul and I need your help now to launch this new great organization. Together, we will shine the light on freedom. And now, more than ever, we need a Freedom Watch to fight by the side of President Bush!

Won't you join Paul and I in this fantastic and super important, crucial new endeavor! We need you! Without great citizen patriots at our side, our country and our Judeo-Christian way of life will soon expire. The flame of freedom must not die out, but live on for our children and grandchildren and their progeny.

God Bless You and Your Loved Ones,

Larry Klayman

Founder and Chairman of Freedom Watch


P.S. Please give as generous a tax deductible gift as you can. We must get rolling with maximum support to be effective and save our great Republic, because the evil forces of the radical left will try to snuff us out before we even get started! Like Harry Klaypool on West Wing, they want to "bust me like a piñata," a threat a Bartlett White House lawyer made to Klaypool during the first NBC episode of the show.

And, please e-mail or call me with any questions. We need you as our partner! If we can come out of "the corner of the ring" smoking, armed with your generous support, then we will truly shine the light on freedom for future generations of Americans!

3

# NetworkSolutions



**Login**

**Customer Service**
Call us toll free

Your cart is empty

## WHOIS Search Results

### WHOIS Record For



IMAGE NOT AVAILABLE

**freedomwatchusa.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!

Backorder - Try to get this name when it becomes available.

SSL Certificates - Get peace of mind with a secure certificate.

**SAVE over 70%**

**when you** TRANSFER
**your domains to**
**Network Solutions — your**
**trusted domain name provider!**

[ Go › ]

**Choose Your Domain Name
Provider Wisely and Transfer
Domains for $9.99/yr**

**Learn the do's and don'ts of
search engine optimization.
Download our *Guide to Getting
Found Online* now.**

Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.

Domain Name: FREEDOMWATCHUSA.COM
Registrar: TUCOWS INC.
Whois Server: whois.tucows.com
Referral URL: http://domainhelp.opensrs.net
Name Server: NS1.PARKINGNAMESERVERS.COM
Name Server: NS2.PARKINGNAMESERVERS.COM
Name Server: NS3.PARKINGNAMESERVERS.COM
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 12-jul-2007
Creation Date: 12-jul-2007
Expiration Date: 12-jul-2008

>>> Last update of whois database: Tue, 04 Sep 2007 16:18:01 UTC <<<

NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar. Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume and
automated except as reasonably necessary to register domain names or
modify existing registrations; the Data in VeriSign Global Registry
Services' ("VeriSign") Whois database is provided by VeriSign for



**Learn the Secrets
of Search Engine
Optimization**

**Attend our
SEO Seminar**

[ **Learn More** › ]

Search Engines

TOP SECRET

*Exhibit*    *E*

Case 1:07-cv-22433-PCH    Document 1    Entered on FLSD Docket 09/18/2007    Page 34 of 82

information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time.

The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.
The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record



| | |
|---|---|
| **Current Registrar:** | TUCOWS INC. |
| **IP Address:** | 216.248.194.3 (ARIN & RIPE IP search) |
| **IP Location:** | US(UNITED STATES)-KENTUCKY-LOUISVILLE |
| **Lock Status:** | clientTransferProhibited |
| **DMOZ** | no listings |
| **Y! Directory:** | see listings |
| **Data as of:** | 14-Jun-2005 |



Search ▶

**BUY THE AVAILABLE EXTENSIONS FOR THIS DOMAIN NAME**

freedomwatc... ☑ .info

freedomwatc... ☑ .mobi

freedomwatc... ☑ .biz

freedomwatc... ☑ .tv

freedomwatc... ☑ .cc

freedomwatc... ☑ .ws

freedomwatc... ☑ .bz

freedomwatc... ☑ .vg

freedomwatc... ☑ .gs

freedomwatc... ☑ .tc

freedomwatc... ☑ .ms

**Continue** ≫

**SEARCH AGAIN**

**Enter a search term:**

_____

e.g. networksolutions.com

**Search by:**
"C:/checkout/11.4.35/current/sf-view-
static/htdocs/whois/fragments/search-
again.jsp"
⦿ **Domain Name**
○ **NIC Handle**
○ **IP Address**

**Search** ≫



**Need to get your business
online?**
Our professional designers
can build a custom Web site
for your business.
$11.95/month, plus a $499.00
design fee

 **Go** ≫



**PerformanceClicks™ from
Network Solutions**
Create and manage your pay
per click advertising from as
low as **$125/month** plus **$99**
one time set-up fee

**Go** ≫



 "An outstanding customer
service experience"
J.D. Power and Associates

Case 1:07-cv-22433-PCH    Document 1    Entered on FLSD Docket 09/18/2007    Page 36 of 82

© Copyright 2007 Network Solutions. All rights reserved.

Document Description: **Application**    Mail / Create Date: **23-Aug-2007**

| Previous Page | Next Page | You are currently on page 1 of 3 | ∎ |

PTO Form 1478 (Rev 6/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Servicemark Form, Supplemental Register

### Serial Number: 77262837
### Filing Date: 08/23/2007

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77262837 |
| **MARK INFORMATION** | |
| ***MARK** | \\TICRS2\EXPORT13\772\628 \77262837 \xml1\APP0002.JP G |
| **SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **LITERAL ELEMENT** | FREEDOM WATCH |
| **COLOR MARK** | NO |
| **DESCRIPTION OF THE MARK** (and Color Location, if applicable) | The mark consists of A stylized circle containing a depiction of a lighthouse. |
| **PIXEL COUNT ACCEPTABLE** | YES |
| **PIXEL COUNT** | 302 x 302 |
| **APPLICANT INFORMATION** | |
| ***OWNER OF MARK** | Larry E. Klayman |
| ***STREET** | 601 Pennsylvania Ave |
| **INTERNAL ADDRESS** | Suite 300 |
| ***CITY** | Washington |
| ***STATE** (Required for U.S. applicants) | District of Columbia |
| ***COUNTRY** | United States |
| ***ZIP/POSTAL CODE** | 20001 |

*Exhibit      G*

| (Required for U.S. applicants only) | |
|---|---|
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | INDIVIDUAL |
| **COUNTRY OF CITIZENSHIP** | United States |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **\*INTERNATIONAL CLASS** | 035 |
| **\*DESCRIPTION** | Promoting public awareness of the need for economic and social justice. |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 07/16/2007 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 07/16/2007 |
| **SPECIMEN FILE NAME(S)** | \\TICRS2\EXPORT13\772\628 \77262837 \xml1\APP0003.JP G |
| **SPECIMEN DESCRIPTION** | Digitally scanned advertisement of the services |
| **ATTORNEY INFORMATION** | |
| **NAME** | Timothy J. Szuhaj |
| **FIRM NAME** | Spector Gadon & Rosen, P.C. |
| **STREET** | 1000 Lenola Rd. |
| **INTERNAL ADDRESS** | Building 1, Suite 202 |
| **CITY** | Maple Shade |
| **STATE** | New Jersey |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 08052 |
| **PHONE** | 856-914-4910 |
| **FAX** | 856-773-9810 |
| **EMAIL ADDRESS** | tszuhaj@lawsgr.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Timothy J. Szuhaj |
| **FIRM NAME** | Spector Gadon & Rosen, P.C. |

| STREET | 1000 Lenola Rd. |
|---|---|
| INTERNAL ADDRESS | Building 1, Suite 202 |
| CITY | Maple Shade |
| STATE | New Jersey |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 08052 |
| PHONE | 856-914-4910 |
| FAX | 856-773-9810 |
| EMAIL ADDRESS | tszuhaj@lawsgr.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 325 |
| *TOTAL FEE PAID | 325 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /Timothy J. Szuhaj/ |
| SIGNATORY'S NAME | Timothy J. Szuhaj |
| SIGNATORY'S POSITION | Attorney of record |
| DATE SIGNED | 08/23/2007 |

PTO Form 1478 (Rev 6/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

## Trademark/Servicemark Form, Supplemental Register

**Serial Number: 77262837**
**Filing Date: 08/23/2007**

## To the Commissioner for Trademarks:

**MARK:** FREEDOM WATCH (stylized and/or with design, see mark)

The literal element of the mark consists of FREEDOM WATCH.
The applicant is not claiming color as a feature of the mark. The mark consists of A stylized circle containing a depiction of a lighthouse.
The applicant, Larry E. Klayman, a citizen of United States, having an address of Suite 300, 601 Pennsylvania Ave, Washington, District of Columbia, United States, 20001, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Supplemental Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

International Class 035: Promoting public awareness of the need for economic and social justice.

Applicant requests registration of the trademark/service mark identified above with the Patent and Trademark Office on the Supplemental Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.) for the following Class(es) and Goods and/or Services.

In International Class 035, the mark was first used at least as early as 07/16/2007 and first used in commerce at least as early as 07/16/2007 and is now in use in such commerce. The applicant is submitting or will submit one specimen for *each class* showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or consisting of a(n) Digitally scanned advertisement of the services.
Specimen File1

The applicant hereby appoints Timothy J. Szuhaj of Spector Gadon & Rosen, P.C., Building 1, Suite 202, 1000 Lenola Rd., Maple Shade, New Jersey, United States, 08052 to submit this application on behalf of the applicant.

Correspondence Information: Timothy J. Szuhaj
                                   Building 1, Suite 202
                                   1000 Lenola Rd.
                                   Maple Shade, New Jersey 08052
                                   856-914-4910(phone)
                                   856-773-9810(fax)
                                   tszuhaj@lawsgr.com (authorized)

A fee payment in the amount of $325 has been submitted with the application, representing payment

for 1 class(es).

## Declaration

Check here to authorize the USPTO to communicate with the applicant or its representative via e-mail.The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.


Signature: /Timothy J. Szuhaj/  Date Signed: 08/23/2007
Signatory's Name: Timothy J. Szuhaj
Signatory's Position: Attorney of record


RAM Sale Number: 579
RAM Accounting Date: 08/24/2007

Serial Number: 77262837
Internet Transmission Date: Thu Aug 23 15:36:23 EDT 2007
TEAS Stamp: USPTO/SUP-70.89.28.41-200708231536231357
64-77262837-380eab812dcd5deb65e29f6fd573
7b16819-DA-579-20070823151452329933

TDR Home


This document may be displayed as a PDF file containing images without text. You may view online or save the entire document by clicking on the file download icon in the upper right corner of this page. [required PDF viewer]
FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- ***General trademark information****: Please e-mail TrademarkAssistanceCenter@uspto.gov, or telephone either 571-272-9250 or 1-800-786-9199.*
- ***Technical help****: For instructions on how to use TDR, or help in resolving **technical** glitches, please e-mail TDR@uspto.gov. If outside of the normal business hours of the USPTO, please e-mail Electronic Business Support, or call 1-800-786-9199.*
- ***Questions about USPTO programs****: Please e-mail USPTO Contact Center (UCC).*

**NOTE**: *Within any e-mail, please include your telephone number so we can talk to you directly, if necessary. Also, include the relevant serial number or registration number, if existing.*

The *Right* Job for You
& The Left One, Too

HOME | MY POLITICO PROFILE

# THE POLITICO

LIVE CHAT  Chris Frates responds to your comments and questions  ›  Join the discussion!
on Capitol Hill lobbying on Wednesday at 3 p.m.

CONGRESS | POLITICS '08 | LOBBYISTS | IDEAS | LIFE | OPEN FORUM | MULTIMEDIA | POLITICO JOBS | LIVE CHAT | STORE | RSS     SEARCH         GO ›

MOST POPULAR STORIES   Home › Congress › Pro-Bush group spends $15M defending war

- Pro-Bush group spends $15M defending war
- GOP congressman pays price for opposing war
- Newt group reaps money campaigns can't
- 'O' is for Oprah
- DNC may sanction Fla. Dems for early primary
- Get used to the Karl and Hill show

## Pro-Bush group spends $15M defending war

By: Mike Allen
Aug 22, 2007 07:29 AM EST

SAVE    Digg    SHARE    COMMENT
del.icio.us    PRINT
Technorati    EMAIL
reddit    RECOMMEND

A new group, Freedom's Watch, is launching Wednesday with a $15 million, five-week campaign of TV, radio and Web ads featuring military veterans that is aimed at retaining support in Congress for President Bush's "surge" policy on Iraq.

"For those who believe in peace through strength, the cavalry is coming," said former White House Press Secretary Ari Fleischer, who is a founding board member of the group.

The big ad buy, funded by high-profile Republicans who were aides and supporters of President Bush, reflects a furious public relations battle that will unfold as Congress debates the crucial progress report by Gen. David Petraeus, which is due Sept. 15.

"There was a large vacuum on the conservative side," said Bradley A. Blakeman, who is president and chief executive officer of Freedom's Watch. "People decided that the time has come to fight back. This is a grassroots campaign aimed at ensuring that Congress continues to fully fund the troops with the ultimate goal of victory in the war on terror."

The opening ad, by Jamestown Associates of New Jersey, shows a military veteran saying: "Congress was right to vote to fight terrorism in Iraq and Afghanistan. I re-enlisted after Sept. 11 because I don't want my sons to see what I saw. I want them to be free and safe. I know what I lost. I also know that if we pull out now everything I've given and the sacrifices will mean nothing. They attacked us and they will again. They won't stop in Iraq. We are winning on the ground and making real progress. It's no time to quit. It's no time for criticizing."

Organizers said the ads will run on Fox News Channel, CNN and elsewhere, with radio versions airing nationally during the conservative talk shows of Rush Limbaugh and Sean Hannity.

Americans Against Escalation in Iraq - formed by the Service Employees International Union, MoveOn.org Political Action, the Center for American Progress Action Fund and other liberal and progressive organizations- struck back immediately with a statement denouncing Freedom's Watch as a "White House P.R. front group" and an "attack group."

The two groups will be squaring off for months to come. *Americans Against Escalation in Iraq* says on its Web site: "Many of the organizations coming together to lead Americans Against Escalation in Iraq are those that successfully mounted a national campaign in 2005 to defeat President Bush's effort to privatize Social Security. Using that same campaign model, these organizations are joining with more traditional anti-war forces, Veterans and students to mount this campaign because the stakes are so high and because the future of a generation of Americans is on the line."

Freedom's Watch aims to do for the GOP what the MoveOn political action organizations have done for Democrats. Blakeman, who was a member the White House senior staff in Bush's first term, said Freedom's Watch is designed as "a never-ending campaign - a stable, credible voice of reason on generational issues that won't rise and fall with election cycles."

The board consists of Blakeman; Fleischer; Mel Sembler, a Florida Republican who was Bush's ambassador to Italy; William P. Weidner, president and chief operating officer of the Las Vegas Sands Corp.; and Matt Brooks, executive director of the Republican Jewish Coalition.

The donors include Sembler; Anthony Gioia, a Buffalo businessman who was Bush's ambassador to Malta; Kevin Moley, who was Bush's ambassador to the U.S. Mission to the United Nations in Geneva; Howard Leach, a former Republican National Committee finance chairman who was Bush's ambassador to France; Dr. John Templeton of Pennsylvania, chairman and president of the John Templeton Foundation; Ed Snider, chairman of Comcast-Spectacor, the huge Philadelphia sports and entertainment firm; Sheldon Adelson, chairman of the Las Vegas Sands Corp. and ranked by Forbes magazine as the third wealthiest American; and Richard Fox, who is chairman of the Jewish Policy Center and was Pennsylvania State Chairman of the Reagan/Bush campaign i

SIMON SAYS: Chief Political Columnist
DNC may sanction Fla. Dems, who will conduct Jan. primary in violation of rules.

SHENANIGANS: Gossip Blog
US News says Ed Gillespie is "getting rave reviews" internally.

THE CRYPT: Congress Blog
Waxman wants more info on Rove's "Asset Deployment" team.

SMITH: Democrats '08 Blog
Cate Edwards will blog from Dad's bus in New Hampshire this week.

MARTIN: Republicans '08 Blog
Should the home of the Big Blue (and Spartans) take its place among the early primary states?

HELENA ANDREWS: Pop and Politics
Daily Telegraph speculates that Oprah can work her magic on Obama's poll numbers.

PIT BOSS
In the beginning, lobbyists were hunters and gatherers.

### MIKE'S MUST READS

U.S. spies launch internal MySpace
SI cover: Rick Bragg fetes Alabama
GOP-friendly firms shift $ to Dems
YouTube adds "overlay" ads today
Lawsuit yields W.H. advance manual

LIVE CHAT
Chris Frates responds to your comments and questions on Capitol Hill lobbying on Wednesday at 3 p.m.
Join the discussion!



*Exhibit*     **H**

Larry Klayman v Freedom's Watch, et al.

- Administration moves toward enforcement
- Schumer to fight new Bush high court picks
- Bush claims some progress made in Iraq
- Reid 'labels military leader 'incompetent'
- GOP recruits unafraid to sound hawkish
- Giuliani warns of 'new 9/11' if Dems win

Blakeman said the ads are meant to "communicate to the American people, to Congress and to the world that there's another side to the story, and that America should not and must not surrender, because appeasement doesn't work."

"There's a significant voice out there that believes that, but it wasn't breaking through organizationally or in the media," he said.

Freedom's Watch has a few full-time employees and is hiring more, and plans to open an office in the Chinatown area of Washington at Labor Day. The group is organized under section 501(c)4 of the tax code, meaning that it can lobby on issues but cannot expressly advocate for specific candidates. Its stated mission is "to ensure a strong national defense and a powerful effort to confront and defeat global terrorism."

• ADVERTISEMENT •



## Join The Conversation (read all 21 comments)

| POST | | Replies: 21 | Viewed: 15 |



**Douglas in Manama**
Location: Manama, Bahrain
Party: Republican

Reply #: 1
Date: Aug. 22, 2007 - 7:52 AM EST

This is outstanding stuff. Thanks Mike. Way to go Ari. Along with Karl Rove being 'freed up' to launch attacks and respond in kind, and more and more Dems being slapped with the cold water realization that the surge is working and the September report is going to be a double or a triple, the tide is turning against the Dems and the timing could not be more perfect!!! If you are a Republican or a sensible, non-KosZombie Independent, it is going to be a very good political season indeed!!!

ALERT: "WarPIG" is an inmate at a correctional facility!!!

NOTE: More and more posters are expressing their desire to get "Jeff Badura" reinstated or tacking that have "Purcell" banned out of equivalency. How do we translate that thought into action????

Douglas in Kuwait

🖋 Reply   💬 Quote   ⚠ Report Abuse



**10scn**
Location: I'm With Fred from, TN
Party: Republican

Reply #: 2
Date: Aug. 22, 2007 - 8:02 AM EST

TeamPolitico: Aug. 22, 2007 - 7:27 AM EST

Blakeman said the ads are meant to "communicate to the American people, to Congress and to the world that there's another side to the story, and that America should not and must not surrender, because appeasement doesn't work."

I've seen two of the commercials just this morning and it they are fantastic. One of our brave soldiers, now bound to a wheel chair and put in the position of almost having to defend his great service to our country, discussing why he believes the Iraqi front on the Global War on Terror is just. The other, a mom discussing her son that was killed, and her belief that her brave son died in a noble effort.

Of course both of these courageous men sacrificed in preserving our freedom here and most real Americans realize this. It is really an obnoxious situation that they must be in a commercial to counter attack the terrorist appeasers that want to cut and run and spend so much time and effort in denegrating their service.

Rocky Top you'll always be home sweet home to me, Good ole Rocky Top, Rock Top Tennessee, Rocky Top Tennessee! Go Volunteers!!

🖋 Reply   💬 Quote   ⚠ Report Abuse

**Douglas in Manama**
Location: Manama, Bahrain
Party: Republican

Reply #: 3
Date: Aug. 22, 2007 - 8:16 AM EST

10scn: Aug. 22, 2007 - 8:02 AM EST

Of course both of these courageous men sacrificed in preserving our freedom here and most real Americans realize this. It is really an obnoxious situation that they must be in a commercial to counter attack the terrorist appeasers that want to cut and run and spend so much time and effort in denegrating their

**First Daughter engaged**
President, First Lady Announce Engagement of Daughter.
Bloomberg.com

**President Bush Buttons**
1000+ George W Bush designs! Mugs, stickers, buttons, posters & more.
www.CafePress.com

**President George W. Bush**
Do You Approve Of George W. Bush? Take Our Bush Poll Now & Be Heard
www.populauq.net

**Unique Pro-Bush T-shirts**
Buy Unique Pro-Bush Gear T-shirts, stickers, pins, and more.
CafePress.com

**Execs $215,000 - $460,000**
CEO, President, VP, COO, CFO, CIO, CTO, CMO, Senior Mgrs./Dirs., Sales
JobContact.netexecs

service.

Excellent prose!!!

Douglas in Kuwait



Reply    Quote    Report Abuse

**Repulicants**
Location: NA
Party: Democratic

Reply #: 4
Date: Aug. 22, 2007 - 8:17 AM EST

Pogue Colonel: Marine, what is that button on your body armor?
Private Joker: A peace symbol, sir. Pogue Colonel: Where'd you get it?
Private Joker: I don't remember, sir. Pogue Colonel: What is that
you've got written on your helmet? Private Joker: "Born to Kill", sir.
Pogue Colonel: You write "Born to Kill" on your helmet and you wear a
peace button. What's that supposed to be, some kind of sick joke?
Private Joker: No, sir. Pogue Colonel: You'd better get your head and
your ass wired together, or I will take a giant **** on you. Private
Joker: Yes, sir. Pogue Colonel: Now answer my question or you'll be
standing tall before the man. Private Joker: I think I was trying to
suggest something about the duality of man, sir. Pogue Colonel: The
what? Private Joker: The duality of man. The Jungian thing, sir. Pogue
Colonel: Whose side are you on, son? Private Joker: Our side, sir.
Pogue Colonel: Don't you love your country? Private Joker: Yes, sir.
Pogue Colonel: Then how about getting with the program? Why don't
you jump on the team and come on in for the big win? Private Joker:
Yes, sir. Pogue Colonel: Son, all I've ever asked of my marines is that
they obey my orders as they would the word of God. We are here to
help the Vietnamese, because inside every gook there is an American
trying to get out. It's a hardball world, son. We've gotta keep our
heads until this peace craze blows over. Private Joker: Aye-aye, sir.

REALITY has a liberal bias!

Reply    Quote    Report Abuse

**Lekkerkerk**
Location: Shaker Heights, OH
Party: Independent

Reply #: 5
Date: Aug. 22, 2007 - 8:32 AM EST

Freedom Watch? These people are nuts. I'll watch my own, thank you
very much. Why not give the money to the needy instead of financing
lies and propaganda? God, what a world we live in.

Reply    Quote    Report Abuse

**BillMNJ**
Location: Mahwah, NJ
Party: Democratic

Reply #: 6
Date: Aug. 22, 2007 - 8:43 AM EST

HMMMM...W giving a speech today in KC to the VFW with advance
excerpts indicating "stay the course". No connection between
Freedom's Watch launching a multi-week ad campaign is there! I'm
sure everyone feels that Petraeus will state the identical thing. The
push is on similar to the run-up to the war. Should be interesting in a
month.

Reply    Quote    Report Abuse

**rhinosaurusrex**
Location: New York City, NY
Party: Independent

Reply #: 7
Date: Aug. 22, 2007 - 8:43 AM EST

just in time for petraeus' report on the surge.

Reply    Quote    Report Abuse

**alkinoos**
Location: Atlanta, GA
Party: Inidrpendent

Reply #: 8
Date: Aug. 22, 2007 - 8:48 AM EST

TeamPolitico: Aug. 22, 2007 - 7:27 AM EST

A new group, Freedom's Watch, is launching Wednesday with a
$15 million, five-week campaign of TV, radio and Web ads
featuring military veterans that is aimed at retaining support in
Congress for President Bush's "surge" policy on Iraq.

How about putting their money where their mouth is and sending that
money to Iraq rather than wasting it in propaganda.

TeamPolitico: Aug. 22, 2007 - 7:27 AM EST

with radio versions airing nationally during the conservative talk
shows of Rush Limbaugh and Sean Hannity.

somehow this does not make any sense to me, isn't this reduntant?
What could they say to Limbaugh and Hannity audience that they have
not been told already. As can be predicted by their message, these
Freedom Watch people are not very bright.

    🔊 Reply    💬 Quote    ⚠ Report Abuse

**10scn**      Reply #: 9
Location: I'm With Fred from, TN    Date: Aug. 22, 2007 - 8:51 AM EST
Party: Republican

alkinoos: Aug. 22, 2007 - 8:48 AM EST

How about putting their money where their mouth is and sending
that money to Iraq rather than wasting it in propaganda.

Maybe you've not been paying attention, no one needs to send any
money to Iraq with our current Congress, they're sending plenty and I
applaud them for it. God bless our current Congress for knowing the
right thing even if they aren't free to say it.

Rocky Top you'll always be home sweet home to me, Good ole Rocky
Top, Rock Top Tennessee, Rocky Top Tennessee! Go Volunteers!!

    🔊 Reply    💬 Quote    ⚠ Report Abuse

**Didi**      Reply #: 10
Location: NA    Date: Aug. 22, 2007 - 8:54 AM EST
Party: Democratic

Just what we all need..... more propaganda for the mindless to feel
warm and fuzzy about!

    🔊 Reply    💬 Quote    ⚠ Report Abuse

**alkinoos**      Reply #: 11
Location: Atlanta, GA    Date: Aug. 22, 2007 - 9:04 AM EST
Party: Independent

10scn: Aug. 22, 2007 - 8:51 AM EST

God bless our current Congress for knowing the right thing even if
they aren't free to say it.

You know it's a democratic congress right?

    🔊 Reply    💬 Quote    ⚠ Report Abuse

**Didi**      Reply #: 12
Location: NA    Date: Aug. 22, 2007 - 9:05 AM EST
Party: Democratic

I think the same people who buy this propaganda are the ones that
made Ron Popeil a success on late night television.

For those of you who can't remember dear old Ron think Vegamatic
and the spray on hair.

    🔊 Reply    💬 Quote    ⚠ Report Abuse

**10scn**      Reply #: 13
Location: I'm With Fred from, TN    Date: Aug. 22, 2007 - 9:07 AM EST
Party: Republican    updated

alkinoos: Aug. 22, 2007 - 9:04 AM EST

You know it's a democratic congress right?

I do, and I also know that each time they've been called on to do the
right thing in the Global War on Terror, they've responded positively or
at least in a way to do no harm to the effort. I believe in watching
results not rhetoric.

Rocky Top you'll always be home sweet home to me, Good ole Rocky
Top, Rock Top Tennessee, Rocky Top Tennessee! Go Volunteers!!

    🔊 Reply    💬 Quote    ⚠ Report Abuse

**HONORABLEARTHUR**      Reply #: 14
Location: WILLIAMSTOWN, NJ    Date: Aug. 22, 2007 - 9:08 AM EST
Party: NA



THE " SURGE " IS WORKING, AND SO WILL " FREEDOM'S WATCH ", THIS IS
MUCH BETTER THAN BEING FED BY " REID ,PELOSI, & MURTHA " THAT
THE WAR IS LOST ", JUST ASK ANY MEMBER OF THE "ARMED SERVICES
"WHO HAVE SERVED, AND REINLISTED.

HONORABLEARTHUR

                                  Reply     Quote     Report Abuse

**Didi**
Location: NA
Party: Democratic

Reply #: 15
Date: Aug. 22, 2007 - 9:10 AM EST

HONORABLEARTHUR: Aug. 22, 2007 - 9:08 AM EST

Another satisfied customer! LMAO

                                  Reply     Quote     Report Abuse

**warpig**
Location: Ft Lauderdale, usa
Party: Independent

Reply #: 16
Date: Aug. 22, 2007 - 9:21 AM EST

The surge may be working in some areas of Iraq, but the policy is
failed. Another thing Bush touched that turned to shit. We're spending
9 billion dollars a month over there, for what? LOL The government
went on vacation!!!! What a joke. All you brain-dead muther fers just
keep on supporting this BS! I can see day by day that we will have to
have our own civil war soon. Douglas in his mama... won't happen,
Percel is much more thoughtful blogger then Jeffy. Go back in your
hole in Bahrain! LOL *** ALERT *** Douglas in his Mama is a PAID SHILL
working for the Pentagon.

                                  Reply     Quote     Report Abuse

**10scn**
Location: I'm With Fred from, TN
Party: Republican

Reply #: 17
Date: Aug. 22, 2007 - 9:37 AM EST

warpig: Aug. 22, 2007 - 9:21 AM EST

Another thing Bush touched that turned to shit. We're spending 9
billion dollars a month over there, for what? LOL The government
went on vacation!!!!

Offereing the Iraqi's a shot at democracy is their's to take or not; that's
not our reason for being there but could be a great outcome. Our main
reason for being in Iraq is to kill terrorist and other bad actors in the
region and to also influence the other terror supporting countries in
the region to keep the terrorist they support in check or we will be
using Saddam's rope on them.

Oh yeah, and to protect the oil that we need so intensely to keep our
economy going and ensure our own security.

Rocky Top you'll always be home sweet home to me, Good ole Rocky
Top, Rock Top Tennessee, Rocky Top Tennessee! Go Volunteers!!

                                  Reply     Quote     Report Abuse

**BillMNJ**
Location: Mahwah, NJ
Party: Democratic

Reply #: 18
Date: Aug. 22, 2007 - 9:39 AM EST

HONORABLEARTHUR: Aug. 22, 2007 - 9:08 AM EST

Separately, Levin issued a pessimistic statement Monday on Iraq with
Sen. John Warner, R-Va., a former Armed Services Committee
chairman and influential voice on military affairs. The lawmakers said
Bush's military buildup in Iraq had "produced some credible and
positive results," but that the political outlook was darker. From the
AP Wire today re-published on NewsMax.

                                  Reply     Quote     Report Abuse

**Taguba**
Location: Matam, Senegal
Party: Independent

Reply #: 19
Date: Aug. 22, 2007 - 9:52 AM EST

The Surge is working. That is why Bush will claim victory and leave just in time for the 08 election. co-ink-i-dink ? I hink NOT.

Bring Jeff "the spitter" Badura back. I am Sure Fred Phelps is even getting tired of him following him around like a lost puppy by now.

    Reply    Quote    Report Abuse

**warpig**
Location: Ft Lauderdale, usa
Party: Independent

Reply #: 20
Date: Aug. 22, 2007 - 9:53 AM EST

10scn... no, no, no... buddy. You can't have it both ways. The third excuse stated by this admin was we were liberating the ppl of Iraq. I know you to be smarter than believing that BS 10scn. You can't be that niave? We are not fighting terrorist over there. LOL... much the opposite, we're creating future terrorist.

    Reply    Quote    Report Abuse

## Join The Conversation (read all 21 comments)

### YOU NEED TO LOG IN TO USE THIS SYSTEM!

Login | Check Login

Before you start composing please note that you will need to be a registered user of Politico.com to "join the conversation". If you are not a member yet, what are you waiting for? Register Now!

Reply To Thread

Title:
Pro-Bush group spends $15M defending war

Message:

(9000 chars max)

Signature:

(200 chars max)

Preview (popup window)

### YOU NEED TO LOG IN TO USE THIS SYSTEM!

© 2007 Capitol News Company, LLC
Please read our Privacy Policy. By using this site, you accept our Terms of Service.





Miami • Los Angeles • Washington, DC

August 24, 2007

Via Fax, Email, and Fedex



URGENT

William McGinley, Esq.
Benjamin Ginsberg, Esq.
Patton Boggs LLP
2550 M Street, NW
Washington, DC 20037

Re:  Intentional I

Dear Sirs:

I am the founder, (                                                       section
501 (c) (3) public interest                                               ly and
around the world.  Former                                                 nsel of
Judicial Watch and a cand                                                 am now
also in private practice.

The trademark "Fr                                                        ce on or
about November 24, 2004,                                                  nd
Trademark Office. On Jul                                                  tch ran in
the weekly edition of **The Washington Times** and was distributed to over 100,000
subscribers.

It has come to my attention that you are counsel  for an entity which calls itself
"Freedom's Watch," which claims to be a section 501 (c)(4) public interest group and
which has been doing heavy advertising using this mark, as well as extensive media in
the tens of millions of dollars. I am attaching some publicity about this group which
names several prominent Republicans as being involved in this effort.

When this blatant and willful infringement was discovered I sent an email to the
website of Freedom's Watch, at www.Freedomswatch.org, demanding that it cease and
desist, but have yet to receive any response. I also sent an email to some of the prominent
Republicans listed on the attached article. Today, I spoke with the assistant to
Ambassador Mel Sembler, Marlene McCord who, after consulting with Ambassador
Sembler, advised me to contact Freedom's Watch's president Brad Blakeman. I orally
advised Mr. Blakeman, as I did with prior email and my telephone discussion with
Ambassador Sembler's assistant, that our trademark Freedom Watch was being infringed.
Our monitoring shows that my mark continues to be infringed.

*Exhibit      I*

Larry Klayman v Freedom's Watch, et al.



Miami • Los Angeles • Washington, DC

August 24, 2007
Patton Boggs LLP
Page two

Given the "cute" way the name "Freedom's Watch" attempts to write around our mark, and the statement by Mr.Blakeman that research had been done before the Freedom's Watch name was used, it is clear that the infringement of my mark, Freedom Watch is intentional.

I again demand that the infringement cease and desist immediately, as enormous damage has been done to my mark.  If we cannot resolve this infringement amicably, litigation will be filed by close of business Wednesday, April 29, 2007. I trust that this will not prove necessary and that I can be compensated for the damage which has resulted thus far, and that your client will agree to immediately cease and desist infringing the mark.

Please govern yourselves accordingly.

Sincerely,

THE KLAYMAN LAW FIRM, P.A.

Larry Klayman

cc: Brad Blakeman, Esq.
    Ambassador Mel Sembler
    Dr. John Templeton
    Timothy Szuhaj, Esq.



a project of the Sunlight Foundation
and the Center for Media & Democracy

*Promote Iraq war*
*not furtherance*

# Freedom's Watch

## From SourceWatch

**Freedom's Watch** is a new White House front group[1] of prominent conservatives with a pro-Israel agenda[2] masquerading as a grassroots movement (i.e. astroturf). Formed only two weeks prior,[3] it began a multimillion-dollar advertising campaign on August 22, 2007 "to urge members of Congress who may be wavering in their support for the war in Iraq not to 'cut and run'."[4]

It has been described as "a covert 'cut-out' organization"[5] and an "outfit dedicated to keeping the war industry thriving."[6] "A sort of shadow White House communications shop has emerged to help the beleaguered president sell his unpopular war to the American people," Jake Tapper and Avery Miller wrote August 22, 2007, at ABC News.[7]

"The group is organized under section 501(c)4 of the tax code,[8] meaning that it can lobby on issues but cannot expressly advocate for specific candidates. Its stated mission is 'to ensure a strong national defense and a powerful effort to confront and defeat global terrorism'," Mike Allen wrote August 22, 2007, in *The Politico*.[9]

## Contents

- 1 Pro-war in Iraq ad campaign
    - 1.1 MSNBC, CNBC "Refuse to Run Pro-War Ads": A note from the right-wing echo chamber
    - 1.2 Demonization of the electorate
    - 1.3 Freedom's Watch and Move America Forward
    - 1.4 Freedom's Watch and Center for Vigilant Freedom
    - 1.5 Freedom's Watch and Vets for Freedom
- 2 Ad buys
    - 2.1 2nd ad buy
    - 2.2 1st ad buys
    - 2.3 Radio ads
    - 2.4 Feedback
        - 2.4.1 From the "Center"
        - 2.4.2 From the "Left"
            - 2.4.2.1 Pro-war petition
        - 2.4.3 From the "Right"
- 3 Call-in campaign
- 4 Organization
    - 4.1 Key players
- 5 Funding
- 6 Domain name

*Exhibit        J*

Larry Klayman v Freedom's Watch, et al.

- 7 Contact information
  - 7.1 Disclaimer
- 8 Resources and articles
  - 8.1 Related SourceWatch articles
  - 8.2 References
  - 8.3 External articles
  - 8.4 External resources

# Pro-war in Iraq ad campaign

Ari Fleischer, "dual U.S.-Israel citizen", former White House press secretary to President George W. Bush,[10] and the group's spokesman and a founding board member[9], said that Freedom's Watch is "rolling out television, radio and Internet advertisements in more than 20 states and 60 Congressional districts", spending "$15 million on the effort [to] encourage voters to put pressure on their representatives for continued support of the war."[4][11]

"'Victory,' Mr. Fleisher proclaims, 'is the only objective,'" Robert Fantina wrote in the August 25/26, 2007, weekend edition of *CounterPunch*.[12] "'Victory' is such a positive-sounding term to banter around as if it were a tennis ball. But it must have a definition, and neither Mr. Fleisher or his former boss, the self-proclaimed war president, have bothered to provide one. Obscure references to the 'war on terror,' or the undefined and, as was proven in Iraq, non-existent threat to the American way of life do not define victory. Perhaps Mr. Fleisher and Mr. Bush would prefer to keep vague any such definition for an unwinnable war, a civil strife in which the U.S. has no business. Perhaps the unused, but obvious name for the war, 'Operation Iraqi Liberation' (OIL) really points to Messrs Fleisher and Bush's criteria for victory."

Using a propaganda tactic similar to that currently being employed by the pro-war in Iraq Republican front group Vets for Freedom, Freedom's Watch will use ads featuring "Iraq war veterans and parents of veterans who lost family members in the war"[13] to urge both Republican and Democratic members of Congress "who have supported the war not to switch their vote". The "central message" will be that "the war in Iraq can be won and Congress must not surrender[14]".[4]

"The big ad buy, funded by high-profile Republicans who were aides and supporters of President Bush, reflects a furious public relations battle that will unfold as Congress debates the crucial progress report by Gen. David Petraeus, which is due Sept. 15.," Allen wrote.[9]

The opening ad[15] produced by Jamestown Associates, a self-described "full-service Republican political and public affairs consulting firm"[16] with offices in Washington, D.C., Princeton, N.J., Baton Rouge, La., and Dallas, Texas,[17] "shows a military veteran saying:[9]

> Congress was right to vote to fight terrorism in Iraq and Afghanistan. I re-enlisted after Sept. 11 because I don't want my sons to see what I saw. I want them to be free and safe. I know what I lost. I also know that if we pull out now everything I've given and the sacrifices will mean nothing. They attacked us and they will again.[18] They won't stop in Iraq. We are winning on the ground and making real progress. It's no time to quit. It's no time for politics.

"The ad's message 'It's no time to quit; It's no time for politics' is especially ironic since this video

campaign was produced and funded by Republican operatives and targeted on the districts of wavering and vulnerable Republican legislators, with the clear purpose of putting political pressure on them to continue backing the President's war," PAF wrote August 24, 2007, at the *Premature Anti-Fascists* Blogspot.[19]

"What most struck me most about the group though, were not its ads, but an appearance [August 22, 2007,] on Hardball by one of its founding members, former White House spokesman Ari Fleischer. His naïveté was stunning; he thinks that, 'everybody in this country is making a sacrifice' in the war. Worst of all, he couldn't even name the brave soldier his group was using in its ads," Marcus Alexander Gadson commented August 31, 2007, at *Blogcritics.org*. [20]

"Paul Rieckhoff, the next guest on the show said it best: 'What bothered me most is that Ari Fleischer didn't even know the guy's name. He's willing to run a multi-million dollar campaign utilizing the personal story of a soldier, and he couldn't tell you on national TV what that soldier's name is...Our troops are not political props and they're not chew toys'."[20]

"Like any effective propaganda, the ads employ a mind-bending combination of emotional manipulation, fear-mongering, and comical breaches of logic," Matt Snyders commented August 24, 2007, in the Minneapolis/St. Paul, Minn., *City Pages*.[21]

> "Today, right smack in the middle of the Channel 5 mid-day news," one blogger commented August 24, 2007,[22] Freedom's Watch "put a little old lady on my television telling me 'We've already had one 9/11, we don't need another one...' I couldn't believe what I was hearing. Using the memory of 9/11 to try and get us to line up and support the regime... how much more tasteless can we get? Maybe show me the scene of people jumping from the upper floors of the WTC towers with the voice over 'They're coming ... they hate you... they can't wait to watch you die...' Or, a picture of Carl Rove and Dick Cheney standing over a small child in a protective pose, but a little George W. Bush climbing up the sheets and yelling into the sleeping child's ear "WAKE UP... AL QUAEDA IS COMING... AL QUAEDA IS COMING!!!""

On August 29, 2007, John Stolworthy made the following comments about the Travis Youngblood ad [23] in a *Yahoo! 360°* Blog posting:[24]

> "First off, let's clear up some inaccuracies. Travis Youngblood was killed by an IED, probably from Iraqi insurgents, not Al Queda. Congress never voted to 'defeat terrorism in Iraq', only to authorize use of force for violation of UN resolutions. [Laura] Youngblood, who appears in that ad has, in the recent past, made some comments which are very critical of the United States military and the way they handled notifying family of injury and death."

Additionally, the Freedom's Watch "campaign clearly suggests that if the US loses in Iraq, it will be because anti-war forces, lefties, Democrats and other weak and disloyal elements sold out American troops and betrayed their sacrifices. This is the core story-line of the classic fascist propaganda weapon, the 'stab-in-the-back' myth,"[25] PAF wrote.[19][26]

"The inappropriately named 'Freedom's Watch' may succeed in swaying some members of Congress; when one listens more to lobbyists than to constituents, anything is possible. But that organization's activities will not stop the bloodletting in Iraq. Any freedom they are watching is not that of the Iraqi people, once oppressed by Saddam Hussein and now by George Bush. If Mr. Fleisher & Co. are not interested in bringing American soldiers home, perhaps they would prefer to use their $15,000,000 to

supplement the Pentagon's budget and send MRAPs to Iraq by air rather than by sea. This may at least help to achieve their goal of 'funding the troops.' But the safety of anyone, American or Iraqi, does not appear to be on their agenda. A political victory for the misguided and drowning Republican Party seems to be their goal," Fantina wrote.[12]

## MSNBC, CNBC "Refuse to Run Pro-War Ads": A note from the right-wing echo chamber

"Freedom's Watch has placed its ads on Fox and CNN, but CNBC and MSNBC have refused to run the ads," John Hinderaker reported August 28, 2007, at right-wing *Power Line* Blog:[27]

> "Ari Fleischer wrote this morning on behalf of Freedom's Watch to let us know that CNBC and MSNBC have stubbornly refused to air the pro-war ads, even though they have run issue ads on other controversial topics."

Bradley A. Blakeman, Freedom's Watch President and CEO, "has written to CNBC and MSNBC to protest their decision," Hinderaker informed.[27]

Note that Fleischer's alleged "letter" was apparently received only by *Power Line*. It has been repeated throughout the right-wing blogosphere ... with *Power Line* as the sole source.

After circulating for 24-hours, Hinderaker's post was picked up—and obligingly disseminated—on August 29, 2007, by Michael Falcone of the *New York Times*:[28]

> "The group [Freedom's Watch] planned to broadcast television and radio ads, which will air in 60 Congressional districts, to coincide with the run-up to the release of a report from Gen. David Petraeus that will evaluate progress in Iraq. But, it appears that not every network is willing to run the spots.

> "Just today, John Hinderaker of the conservative Power Line blog, noted that the group 'placed its ads on Fox and CNN, but CNBC and MSNBC have refused to run' them. Bradley A. Blakeman, the president of Freedom's Watch, send a letter to NBC asking for an explanation."

An August 29, 2007, editorial in *Investor's Business Daily*, owned by publisher and editor William J. O'Neil who predicted in January 2003 that the war in Iraq would only last about six weeks,[29] repeats Hinderaker's posting while lambasting ABC News' initial report[7] on Freedom's Watch and MSNBC's Chris Matthews and Keith Olbermann for their online comments about the Bush administration's war in Iraq. The editorial offers no new information.[30]

Writing August 29, 2007, at *Townhall.com*, former Republican House Majority Leader Tom DeLay, who resigned his leadership in 2005 following his indictment on conspiracy charges, berated NBC, saying "instead of simply reporting on the issue at hand, NBC is outright refusing to air these pro-Iraq war ads on MSNBC or CNBC." DeLay offers no new information.[31]

RedState, a conservative blog owned by Eagle Publishing, the parent company of, among others, *Human Events Online* and Regnery Publishing, picked up and linked to Hinderaker's post. Poster haystack wrote "Apparently, Pro America and Pro Victory money is too 'dirty'[27] for CNBC & MSNBC according to PowerLine Blog. AND, if you have ANYONE helping your cause in support of finishing the job in Iraq that may have EVER worked for President Bush,[32] you can forget about being credible in the eyes of

the fruits and nuts out there hell bent on losing NO MATTER WHAT[33]."[34]

Again, again and again, the only source for the information comes from Hinderaker. Neither the *Times* Falcone, *Investors Business Daily*, DeLay or RedState provided any corroborating information.

Additionally, poster KingOneEye made the following observation at progressive blog *The Daily Kos*: "NBC has yet to respond to the complaint so it is unknown at this time what their reasons for declining the ad might be, **if in fact it was declined.**" (Emphasis added.)[35]

## Demonization of the electorate

"This is Cheney / Bush, playing hardball against its own party," Jemand von Niemand wrote at *TPM Cafe*.[36]

Appearing August 24, 2007, on PBS's *The News Hour*,[37] Bradley A. Blakeman, "the public face of 'Freedom's Watch', referred to antiwar critics (in particular, MoveOn.org) as 'the enemy' to TNH's Judy Woodruff: 'Well, Judy, the enemy, our opposition, has told you that there's going to be an Iraqi summer… There hasn't been the opposition they threatened.'

"That campaign will, as Cheney / Bush have done so many times before, treat the American People as if they were stupid – as irritants. Americans are fit only to act with loyalty to the Leader – otherwise, they're traitors, and spokespersons for the antiwar sentiment in America will be marginalized by the smiling snark of commentators like Bill Kristol, and otherwise ignored by the corporate media. It's the same strategy as selling the invasion of Iraq in 2003," von Niemand wrote.[36]

## Freedom's Watch and Move America Forward

"I've been working with a broad array of pro-troop advocates to help make such efforts as the 'Freedom's Watch' ad buy a reality. As the chairman of Move America Forward, the nation's largest pro-troop organization, I've been honored to work (conspire, if you are a anti-war liberal reading this column) with a coalition of pro-troop and veterans organizations that believe in peace through strength, and who also support victory[38] for our troops," Melanie Morgan wrote August 24, 2007, in *WorldNetDaily*.[39]

"During our planning meetings of this (cabal of supporters of this supposed illegal war based on lies), I've been impressed by the determination of the pro-troop movement to not cede any battlefield in the war for hearts and minds.

"For too long we were unhappily silent while the likes of MoveOn.org, Americans Against Escalation in Iraq and CodePink were grabbing media headlines for their antics," Morgan wrote.[39]

"The most dangerous enemies are here at home, those deliberately plotting to undermine support for the missions of our troops. This fifth column in America has engaged in the psychological warfare of defeatism in a way we have not seen since the Vietnam War. Even President Bush is now acknowledging that fact," Morgan wrote.[40]

"Pssst. You are now officially a member of the Insider War Room," Morgan wrote.[39]

## Freedom's Watch and Center for Vigilant Freedom

The *Gateway Pundit* reported on August 22, 2007, that "Pro-US Freedom's Watch", with help from The Center for Vigilant Freedom, "released several videos to support the troops fighting in Iraq and Afghanistan."[41]

"Freedom's Watch (freedomswatch.org) produced and paid for the ads independently. Vigilant Freedom just helped with distribution with some blog contacts," Kyle of CVF informs.[41]

On July 24, 2007, D.K. Shideler[42] of CVF wrote that the organization is "supporting efforts by Move America Forward, Vets for Freedom, Gathering of Eagles and others ... to support US troops and promote the success of the surge strategy in preparation for Gen. Petraeus' testimony" September 15, 2007. CVF is "establishing a list of bloggers at the state level who are interested in recieving email updates on major events happening in their area as part of the campaign."[43]

## Freedom's Watch and Vets for Freedom

"For the past few months, Vets for Freedom has been on the front lines of the Iraq war debate in America, with only a few allies. But this morning, in a very real sense, the cavalry appeared on the horizon in the form of a new organization called Freedom's Watch," Pete Hegseth, VFF's executive director, wrote August 22, 2007.[44]

On August 22, 2007, Hegseth disseminated Freedom's Watch video ads embedded in viral emails. On August 23, 2007, Spree (Susan Duclos) at *Maggie's Notebook* Blog,[45] and, on August 24, 2007, *SWAC Girl* both posted[46] four Freedom's Watch ads which had been emailed to them by Hegseth.

At *A Soldier's Perspective* Blog, on August 22, 2007, the initial ad released was mistakenly identified as a "New Vets for Freedom Ad".[47]

John Werntz, in an August 22, 2007, posting at *Old War Dogs* Blog, commented: "If Pete Hegseth links up to Freedoms Watch, that's good enough for me."[48]

In VFF's September 4, 2007, *WEEK 9* task for its 10-week "Win the War! Victory in Iraq" campaign,[49] Hegseth directed email recipients to "Support our Allies"—"While we are America's largest pro-mission Iraq and Afghanistan veteran's organization, we are not the only ones working to make sure Congress supports General Petraeus and the troops in the field. Take the time to check out the great work being done by our friends": Move America Forward, Gathering of Eagles, Families United for Our Troops and Their Mission, and Freedom's Watch.[50]

# Ad buys

## 2nd ad buy

On September 3, 2007, before Congress was to return from summer recess and most Americans were celebrating the Labor Day holiday, Freedom's Watch announced the release of a new ad[51] which declared that "Moveon.org is losing its battle because the forces of freedom are winning theirs." Freedom's Watch states that the ad "supports the recent conclusion of Congressman Brian Baird (D-WA) that the U.S. military is having success in the War on Terror, especially in Iraq." Baird, "who voted against the original Iraq war resolution in 2002, now says he opposes efforts to back away from the

troop surge and opposes a specific timeline for withdrawing U.S. troops."[52][53]

Freedom's Watch president Bradley A. Blakeman said "It's really misguided and harmful what MoveOn.org is doing ... To see them attacking a Democrat representative for simply saying the troops in Iraq are having success is really disturbing. Are they rooting against the United States winning? Victory is possible and it's the only option for America."[52]

"The ads will begin airing this week in the Vancouver, WA market and will run for several weeks. The Freedom's Watch ad buy will be at least 150% the size of the MoveOn.org attack ad buy, which was $20,000.00. In the spot Baird is seen joining other prominent Democrats and Republicans such as Jim Marshall (D-GA), John Barrow (D-GA), John Kyle [sic] (R-AZ) and Lindsay Graham [sic] (R-SC) as well as injured Iraq veteran Sgt. John Kriesel in support of victory in Iraq," the Freedom's Watch news release stated.[52][54]

Graham, who serves on both the Senate Armed Services Committee and the Senate Veterans' Affairs Committee, is a member of the U.S. Air Force Reserve and had "just returned from [two weeks of] Reserve duty in Iraq."[55][56]

## 1st ad buys

Freedom's Watch's first ad buy of "at least $5.8 in the next four weeks ... which is already public information, shows that Freedom's Watch is targeting 37 Republicans with a direct message - stand with Bush's failed Iraq war strategy," Tom Matzzie, Washington Director, MoveOn.org Political Action / Americans Against Escalation in Iraq, posted August 22, 2007, at AMERICAblog.[57][58]

The following, Matzzie wrote, are included in the first ad buy, which will cost "at least $5,855,960 over the next four weeks (from 8/22/07 to 9/23/07)":[57]

- Heather Wilson (R) and Pete Domenici (R), New Mexico, ad buy $254,190
- Susan Collins (R) and Olympia Snowe (R), Maine, ad buys $105,995 and $158,780
- Chuck Grassley (R) and Tom Latham (R), Iowa, ad buys $118,165, $200,520, and $56,925
- Vernon Ehlers (R), Michigan, ad buy $177,435
- Arlen Specter (R), Todd Platts (R), Jim Gerlach (R), Tim Murphy (R), Charlie Dent (R), Mike Castle (R), Chris Smith (R), and Mike Ferguson (R), Pennsylvania, ad buys $226,265, $922,325, and $251,290
- Norm Coleman (R), Jim Ramstad (R), and Michele Bachmann (R), Minnesota, ad buy $220,750
- Jon Porter (R) and Dean Heller (R), Nevada, ad buys $63,900 and $138,210
- George Voinovich (R) and Steven LaTourette (R), Ohio, ad buy $32,935
- Jim Walsh (R) and Randy Kuhl (R), New York, ad buys $144,955 and $187,235
- John Warner (R) and Tom Davis (R), Virginia, ad buy $473,570
- Gordon Smith (R), Oregon, ad buys $66,285 and $83,710
- Mark Pryor (D), Arkansas, ad buy $248,190
- Wayne Gilchrest (R), Maryland, ad buy $145,925
- Elizabeth Dole (R) and Bob Inglis (R), North Carolina, ad buy $108,470
- Mitch McConnell (R), Kentucky, ad buys $126,635 and $134,140
- Chuck Hagel (R), Nebraska, ad buy $80,395
- Richard Lugar (R) and Brad Ellsworth (D), Indiana, ad buys $351,420 and $137,870
- Saxby Chambliss (R) and John Barrow (D), Georgia, ad buys $82,100 and $56,000
- Ric Keller (R), Florida, ad buy $296,255
- Lamar Alexander (R), Tennessee, ad buy $188,575

- John Thune (R) and Stephanie Herseth (D), South Dakota, ad buy $16,545

## Radio ads

A poster on the Democratic Underground discussion board reported August 29, 2007, that Freedom's Watch was running ads during Air America's progressive talk radio host Thom Hartmann's show in "all likelihood" because "they bought ad time on EVERY SINGLE SIRIUS CHANNEL, or at least all of them that carry talk radio of any kind, as a high-end discount advertising package." The poster opined: "I strongly doubt they singled out Thom's show as likely to win them support, it's just they can easily afford to piss money away in every direction at once."[59]

## Feedback

### From the "Center"

"Uh, ok. Here's the thing: The Bush Administration has free media coverage whenever they want, by just holding a press conference. And it's not like they never thought 'hey, maybe we should encourage Americans to buy into this ridiculously mismanaged war.' In fact, you will recall that Bush tried that for a few years, including well after it became a very unpopular viewpoint. People, not shockingly, have their own opinions, and are not swayed by 'Trust me, it'll start working any day now' as an argument. So how could spending lots of money to say the same things (which they've been saying for free) be all that effective? Note to Ari Fliescher: Cavalry is when fresh, helpful troops come in on horses to change the battle. This is like pumping money into a carousel so that you can sit and watch the same sequined horses move up and down over and over again."[60]

### From the "Left"

"In a disgusting display of mendacity not seen since the run-up to the invasion of Iraq, a pro-war advertising campaign spearheaded by former White House spokesman Ari Fleischer is buying $15 million worth of 30-second television spots that repeat the lies linking 9/11 to Iraq – and explicitly threatening another terrorist attack in the US if we 'surrender.' It's the first storm in a season of fear," Justin Raimondo commented at *Antiwar.com*.[61]

"This strategy is nearly identical to the one that the swift boat group implemented in 2004 against John Kerry. Get experienced DC-based political operatives, and parade soldiers in front of the camera to tout whatever message across. It's quite effective, in that it will probably cause at least a few Republicans to buckle," *The Blue State* Blog commented August 22, 2007.[62]

"And because soldiers are the ones saying it, the lines that these PR people are feeding them can go farther than the most right-wing lawmakers. They tell us that we will get hit again if we pull out. Kind of like what Cheney said in 2004 about what would happen if Kerry got elected", *Blue State* said:[62]

> "'If we make the wrong choice, then the danger is that we'll get hit again -- that we'll be hit in a way that will be devastating from the standpoint of the United States,' Cheney said."

"Since the start of the war, there have been a few truly ridiculous right-wing ads. Before the 2006 midterms, the RNC paid quite a bit of money to air what was, for all intents and purposes, an al Qaeda recruitment video.[63] Around the same time, the Progress for America propaganda organization ran the

now-infamous 'They Want to Kill Us' ad.[64]

"But Freedom's Watch's ads are equally nauseating, if not more so. There are four different ads, each more offensive than the last. In one, a veteran who lost a leg is shown arguing that we have to stay in Iraq because 'they attacked us.' In the next, a mother of a fallen soldier (who apparently doesn't mind being exploited by the right-wing smear machine) argues that we'll invite another 9/11 unless we stay in the middle of Iraq's civil war," Steve Benen wrote in *The Carpetbagger Report*.[65]

On August 22, 2007, MoveOn.org's Director, Tom Matzzie, wrote an open letter to Ari Fleischer which was posted at AMERICAblog:[57]

> "Thank you. The news today about a $15 million TV ad campaign targeting Republicans in the name of a group called 'Freedom Watch' is probably the best thing we could want right now. It is a gift.

> "The revival of your role as salesman-in-chief for the White House's failed war policy is also welcome. We were looking for a way to connect this mysterious 'Freedom Watch' outfit to the White House Iraq PR machine. And then it turned out that you made our job very simple—you are in charge. This is the 'White House Ad campaign.' ...

> "Every extra minute of TV time talking about Iraq is another drip, drip, drip of bad news for politicians who won't break with Bush. So, thanks."

Matzzie "predicts these ads and their images of widows and wounded veterans will backfire because they are 'reminding the public of the cost of the war in Iraq' and not the justification for the military presence. ... 'That's bad news for Republicans who are still sticking with Bush on the war,' Matzzie said."[7]

"In sum: The neo-conservatives took a wealth of public approval and drove it off a cliff. With plummeting approval ratings for the president, the war, and the GOP in general, the right wing is seeking to jettison its more squeamish (translation: sensible) members and trim the party down to a sleek, diabolical death machine that may be monstrously unpopular, but is once again ideologically focused. Perhaps the only respectable thing about the last eight years of Republican Party politics is that they are no longer solely interested in maintaining power: they are now trying to crucify their own in an attempt to stay consistent to the same ill-conceived ideas they started with," Tim at *The Vulgar Trade* Blogspot wrote.[66]

"The White House running an ad campaign is a sign of desperation, and Ari Fleischer's emergence is so ironic since he's the guy that pitched the lies that got us into the war in the first place," Matzzie said.[67]

"So the liars[68] who lied us into war,[69] who fabricated 'evidence' of Iraq's 'weapons of mass destruction,' aren't to blame – oh no, of course not! It's those of us who oppose this monstrous and mistaken invasion who are to be targeted as advocating 'surrender' in a conflict that cannot be won without murdering half the population of Iraq and enslaving the other half. Because we allowed the Scooter Libbys and the Ari Fleischers to lure us into a quagmire,[70] we must remain submerged there forever – or the loss of this soldier's leg was all for naught.

"What kind of morality is it that lets the perpetrator of a fraud off scott-free while blaming the victim who has been defrauded? It's called neocon morality[71] – where the neocons are always in the clear, and

the rest of us are dunned to pay the price of their immeasurable hubris," Raimondo wrote.[61]

"The 'Freedom's Watch' ad campaign is going to boomerang, and badly, hitting the War Party in the face with a loud wallop – and a richly deserved one," Raimondo asserted.[61] "You'll note that this propaganda campaign is being launched as we approach the sixth anniversary of that signal event, and we can expect the atmosphere of impending doom to thicken considerably as the day approaches. These ads are part of it, as is the crazed rhetoric coming from the administration, including the President's evocation[72] of the 'stabbed-in-the-back' thesis as applied to the Vietnam war.[73]

"The American people are not going to be won over by a cabal of money-laden ideologues who use the suffering of others to promote and ensure yet more suffering," Raimondo said.

**Pro-war petition**

"What's next?," one blog commenter wrote August 22, 2007, "A save the war petition?"[74]

As far-fetched as this may once have seemed, a mere week later, on August 29, 2007, Vets for Freedom began soliciting signatures for its "Stand by the American Mission in Iraq" petition in advance of Gen. David Petraeus's report to Congress scheduled for the week of September 15, 2007.[75][76]

**From the "Right"**

"From the mailbag: Freedom's Watch is a new activist group that seeks to bring the kind of financed activism in favor of the War on Terror that groups like Move On bring against America."[77]

# Call-in campaign

All the Freedom's Watch-sponsored ads "encourage viewers to 'Call your Congressman and Senator' and provide a phone number: 1-877-222-8001.

"Only that number? It ain't Congress",[78] which, by the way, is (202) 224-3121 for the U.S. Senate, and (202) 225-3121 for the U.S. House of Representatives.

"Go on, call it," blogger and radio host Taylor Marsh wrote August 22, 2007. Then, "once you get through something amazing happens. The operator asks you a question. Yes, you're expected to take part in a survey before she puts you through to Congress. But there's a catch. The question asked goes something like this: *Do you believe the Iraq war is important to the war on terror?* They may have changed the question by now, because we're on to them, but that's what I was asked. If you say no, the operator immediately thanks you but doesn't connect you to Congress. Instead, she asks if you have anything else to say and then basically gets rid of you. They're only allowing people who agree with them through."[79]

"I called," chrisj at *The Daily Kos* wrote, "and the person who answered asked me immediately if I thought that the Iraq war was preventing attacks in America. When I answered 'no' she referred me to their website at www.freedomswatch.org and then hung up on me."[80]

See the Americans United for Change *YouTube* video of a call to Freedom's Watch.[81]

# Organization

"Freedom's Watch has a few full-time employees and is hiring more, and plans to open an office in the Chinatown area of Washington at Labor Day [2007]."[9]

## Key players

According to Mike Allen, writing August 22, 2007, in *The Politico*, the following are Freedom's Watch key players:[9]

- Bradley A. Blakeman, president and chief executive officer
- Ari Fleischer
- Mel Sembler
- William P. Weidner
- Matt Brooks

# Funding

"Freedom's Watch uses killed and wounded veterans and their families in its advertising, but is not operated or supported by actual veterans. ... Instead, the founders of Freedom's Watch include notable Republican fundraisers...."[82]

"Freedom's Watch was organized as a nonprofit organization under IRS rules and is not required to identify its donors or the amounts they give. The group named some of its financial backers but Blakeman said others wished to remain out of the public eye," Jim Kuhnhenn wrote for the Associated Press.[83]

According to Mike Allen, writing August 22, 2007, in *The Politico*, the following are Freedom's Watch "donors":[9]

- Mel Sembler
- Anthony Gioia
- Kevin Moley
- Howard Leach
- Dr. John Templeton, Jr.
- Edward Snider
- Sheldon Adelson
- Gary Erlbaum
- Richard J. Fox

It should be noted that in November 2005 it was reported that Sembler and Leach both donated to the legal defense fund of I. Lewis Scooter Libby, the now-convicted former Assistant to the President and Chief of Staff to Vice President Dick Cheney.[84] Sembler is now Chairman of the Libby Legal Defense Trust.[67] Fleischer testified as a prosecution witness in Libby's trial.

# Domain name

According to a WHOIS search,[85] the FREEDOMSWATCH.ORG domain name was created June 15,

2007, and expires June 15, 2008.

The Freedom's Watch website is hosted on a dedicated server[86] and its internet provider is Democracy Data & Communications, LLC of Alexandria, Virginia,[87] which is also known to be in the astroturfing business.[88]

# Contact information

Contact: Jerry Mullins (Weber Merritt LLC)
URL: http://www.freedomswatch.org/
*YouTube*: http://www.youtube.com/user/Freedomswatch

## Disclaimer

As far as is known at this time, *Freedom's Watch* is not the same as nor related to the *Freedom Watch* Blogspot (web), which is the official weblog of the Center for Media Freedom and Responsibility. It is not affiliated with *FREEDOM Watch*, a "service of the office of US Representative Ron Paul for regular visitors to Project FREEDOM."[89] It is also not affiliated with the U.S. Department of Defense's Pentagon Channel online video programs *Freedom Watch Afghanistan* and *Freedom Watch Iraq*.[90]

# Resources and articles

## Related SourceWatch articles

- front group
- Operation Iraqi Freedom: Year Five
- pro-war lobby
- stay the course
- The Petraeus Report
- troop surge in Iraq

# References

1.  ↑ "Adelson runs attack ads against Porter," *Las Vegas Gleaner*, August 22, 2007.
2.  ↑ Philip Weiss, New Pro-Iraq-War Organization Hides Its Pro-Israel Agenda, *MondoWeiss*, August 23, 2007
3.  ↑ Steve Henn, "Bush backers begin surge of their own," *Marketplace*/PublicRadio.org, August 22, 2007.
4.  ↑ 4.0 4.1 4.2 "Group to Urge War Support," *New York Times*, August 22, 2007.
5.  ↑ Bernard Weiner, "CheneyBush's 'mercenary' legions," *The Crisis Papers*/Democratic Underground, *Independents Unbound* Blog, August 28, 2007; *Online Journal*, August 31, 2007. Scroll down to section "Catapulting the Propaganda."
6.  ↑ Bill Thompson, Opinion: "Assailed from all sides," *Ocala Star Banner*/Ocala.com (Fla.), September 2, 2007.
7.  ↑ 7.0 7.1 7.2 Jake Tapper and Avery Miller, "Selling the War, Through Advertising. Sept. 11 Widows and Iraq Vets Join Bush Supporters in New Ad Campaign," ABC News, August 22,

2007.

8. ↑ Bill Adair, "Groups hide behind tax code," *St. Petersburg Times*, December 11, 2006: "The federal tax code has a separate category for social welfare organizations that have more freedom to lobby. Such groups are known as C4s, for the section of the tax code under which they operate. ... C4s do not pay income tax and do not have to disclose their donors, but the donors are not allowed to take a tax deduction."

9. ↑ [9.0] [9.1] [9.2] [9.3] [9.4] [9.5] [9.6] Mike Allen, "Pro-Bush group spends $15M defending war," *The Politico* (posted by Free Republic), August 22, 2007.

10. ↑ Deanna Spingola, "The power elite playbook, promoting war (Part One)," RenewAmerica, September 1, 2007.

11. ↑ Freedom's Watch has posted videos of the ads on *YouTube*. See User:Freedomswatch, *YouTube*.

12. ↑ [12.0] [12.1] Robert Fantina, "Ari Fleischer, Freedom Watch and the Pro-War Lobbyists. The GOP's Pre-emptive Strike," *CounterPunch*, August 25/26, 2007.

13. ↑ Mae, "Who are these people?" *The Daily Kos*, August 22, 2007.

14. ↑ Note that the question has been raised around the blogosphere as to whom Congress would be surrendering.

15. ↑ "Freedom's Watch - Veteran," *Hoosierpundit* Blogspot, August 25, 2007.

16. ↑ Company, Jamestown Associates, accessed August 23, 2007.

17. ↑ Contact, Jamestown Associates, accessed August 23, 2007.

18. ↑ The ads erroneously link the war in Iraq with the September 11, 2001, terrorist attacks, despite any reliable evidence that Iraq played any role whatsoever.

19. ↑ [19.0] [19.1] PAF, "Freedom's Watch," *Premature Anti-Fascists* Blogspot, August 24, 2007.

20. ↑ [20.0] [20.1] Marcus Alexander Gadson, "Making Soldiers into Propaganda," *Blogcritics.org*, August 31, 2007.

21. ↑ Matt Snyders, "Stuck between Iraq and a smug face," *The Blotter* Blog/*City Pages* (Minn.), August 24, 2007.

22. ↑ Random Jeff, "Freedom's Watch ... Fear Based Bitchy Advertising," *That Guy From That Place*/Vox.com, August 24, 2007.

23. ↑ "Freedom's Watch - Travis," *Hoosierpundit* Blogspot, August 26, 2007.

24. ↑ John Stolworthy, Entry for August 29, 2007, *Yahoo! 360°* Blog.

25. ↑ Bob Burnett, "Bush's Iraqi endgame. The United States president's unbending approach to Iraq is rooted in advice from Vietnam-era confidantes who worked for Richard Nixon," *openDemocracy*, July 17, 2007.

26. ↑ John Turner, "Hearts, Minds and Money," *Parkdale Pictures* Blogspot, August 24, 2007. Includes *YouTube* video of media coverage.

27. ↑ [27.0] [27.1] [27.2] John Hinderaker, "MSNBC, CNBC Refuse to Run Pro-War Ads," *Power Line* Blog, August 28, 2007. A copy of Blakeman's letter is available on *Power Line*'s weblog.

28. ↑ Michael Falcone, "MSNBC, CNBC Refuse To Air Pro-War Group's Ads," *New York Times* (*The Huffington Post*), August 29, 2007.

29. ↑ "O'Neil: You Can Make Money in Stocks," *NewsMax*, January 28, 2003.

30. ↑ "Anti-War Agenda," *Investor's Business Daily*, August 29, 2007.

31. ↑ Tom DeLay, "Tom DeLay's Action Points: Tell NBC 'Shame on You'," *Townhall.com*, August

29, 2007.

32. ↑ Sridhar Pappu, "White House Vet Ari Fleischer, Back to Fight for The Surge in Iraq," *Washington Post*, August 24, 2007.

33. ↑ S.A. Miller, "Democrats cool to Iraqi accord," *Washington Times*, August 29, 2007.

34. ↑ "Pro-American Victory Money Not Good Enough For MSNBC And CNBC," *RedState*, August (29/30), 2007.

35. ↑ KingOneEye, "Networks Refuse To Air Liberal Ads Much More Often Than Conservatives," *The Daily Kos*, August 29, 2007.

36. ↑ [36.0] [36.1] Jemand von Niemand, "The September Surge Against America?" *TPM Cafe*, August 25, 2007.

37. ↑ See Gillecriosd's comments at "The Destruction of Public Television," *Blue Egg Commentaries* Blogspot, August 25, 2007.

38. ↑ Note that what "victory" would be is undefined.

39. ↑ [39.0] [39.1] [39.2] Melanie Morgan, "Finally! Combating the anti-victory crowd," *WorldNetDaily*, August 24, 2007; cross-posted at Gathering of Eagles.

40. ↑ Melanie Morgan, "Inside the Right-Wing War Room," MelanieMorgan.com, August 24, 2007.

41. ↑ [41.0] [41.1] "Pro-US Freedom's Watch Releases Video to Support Troops," *Gateway Pundit* Blog, August 22, 2007.

42. ↑ D.K. Shideler, *DK Republic* Blog, San Diego, Calif.

43. ↑ D.K. Shideler, "Help Wanted:State Bloggers for Pro-Surge Push," *The 910 Group* Blog, July 24, 2007.

44. ↑ Pete Hegseth, "Powerful New Pro-Mission Ads," Vets for Freedom (Free Republic), August 22, 2007.

45. ↑ "Freedom Watch videos," *Maggie's Notebook* Blog, August 23, 2007.

46. ↑ "From FreedomsWatch.org: Pro-mission ads," *SWAC Girl*, August 24, 2007.

47. ↑ "New Vets For Freedom Ad," *A Soldier's Perspective* Blog, August 22, 2007.

48. ↑ Bill Faith, "Politics and National Defense Roundup," *Old War Dogs* Blog, August 22, 2007.

49. ↑ "10 Weeks to Testimony," Vets for Freedom, July 10, 2007.

50. ↑ Pete Hegseth, "Vets for Freedom: WEEK 9: Momentum Gathers for Sept. 17 & 18," Vets for Freedom (posted by Spree at *Israelated* Blog), September 4, 2007.

51. ↑ "Move On," *YouTube* (posted by John Ruskin, *Illinois Review*: "A great video from Freedom's Watch."), September 3, 2007.

52. ↑ [52.0] [52.1] [52.2] "Freedom's Watch Releases New Advertisement in Support of Victory in Iraq," PRNewswire-USNewswire, September 3, 2007.

53. ↑ The news release was immediately picked up on September 3, 2007, by *Investors.com* and *PCQuote.com*.

54. ↑ Note that the Freedom's Watch news release spells the names of two Congressmen incorrectly: "John Kyle" for **Jon Kyl** and "Lindsay Graham" for **Lindsey Graham**.

55. ↑ Robin Wright, "After Tour of Duty in Iraq, Graham Backs 'Surge'. Senator Cautions Against Withdrawal Of Troops This Year," *Washington Post*, August 28, 2007. It should be noted that in June 2007, Michelle Malkin started calling for Graham's ouster. See "Dump Lindsey Graham," MichelleMalkin.com, June 9, 2007.

56. ↑ Editorial: "What They Did on Summer Vacation," *New York Times*, September 2, 2007.

57. ↑ [57.0 57.1 57.2] Tom Matzzie, "An open thank you letter to Ari Fleischer," AMERICAblog, August 22, 2007.

58. ↑ News Release: "WH Front Group Led by Former Bush Flack Swift Boats Vulnerable Republicans With Attack Ads in Effort to Bully Them into Supporting Failed Bush Strategy in Iraq," Americans United for Change (*USA TODAY*), August 22, 2007.

59. ↑ "Freedom's Watch ads running during Thom Hartman on Sirius 146," Democratic Underground discussion board, August 29, 2007.

60. ↑ "Why have one when you can have one for twice the price?" *Stop. Just Stop* Blog, August 22, 2007.

61. ↑ [61.0 61.1 61.2] Justin Raimondo, "Home Front 'Surge'. War Party's ad campaign will boomerang," *Antiwar.com*, August 24, 2007.

62. ↑ [62.0 62.1] "(Video) Washington insider group uses soldiers to promote war," *The Blue State* Blog, August 22, 2007.

63. ↑ Steve Benen, "Who's airing an enemy propaganda film — CNN or the RNC?" *The Carpetbagger Report*, October 24, 2006.

64. ↑ "PFA War on Terror ad," *YouTube*, September 7, 2006.

65. ↑ Steve Benen, "Freedom's Watch," *The Carpetbagger Report*, August 22, 2007.

66. ↑ Tim, "Hello, Bullet. I'd like to introduce you to foot," *The Vulgar Trade* Blogspot, August 22, 2007.

67. ↑ [67.0 67.1] Sridhar Pappu, "White House Vet Ari Fleischer, Back to Fight for The Surge in Iraq," *Washington Post*, August 24, 2007.

68. ↑ Robert Dreyfuss and Jason Vest, "The Lie Factory," *MotherJones*, January/February 2004 (issue).

69. ↑ Justin Raimondo, "WHO LIED US INTO WAR? Let's find out," *Antiwar.com*, July 28, 2003.

70. ↑ Dick Cheney: "Cheney '94: Invading Baghdad Would Create Quagmire C-SPAN," *YouTube*, posted August 10, 2007.

71. ↑ Justin Raimondo, "Nihilism and Neoconservatism. Brothers under the skin," *Antiwar.com*, June 20, 2007.

72. ↑ Jim Hoagland, "Bush's Vietnam Blunder," *Washington Post*, August 24, 2007.

73. ↑ Justin Raimondo, "The Thirty Years War. Vietnam – we're still fighting over it," *Antiwar.com*, April 29, 2005.

74. ↑ Exile on Ericsson St., "Freedom Watch to target Kuhl and Walsh," *rochesterturning.com* Blog, August 22, 2007.

75. ↑ "Stand by the American Mission in Iraq" petition, SourceWatch sub-article.

76. ↑ This section was posted as a diary/blog entry at *The Daily Kos* and *TPM Cafe*.

77. ↑ Neil Stevens, "Freedom's Watch," *The Minority Report* Blog, August 26, 2007.

78. ↑ Kagro X, "Call Congress, but only if you agree with us," *The Daily Kos*, August 22, 2007.

79. ↑ Taylor Marsh, "Classic Bush - Classic Rove," *TaylorMarsh.com*, August 22, 2007.

80. ↑ chrisj, "1-877-222-8001 "Freedom's Watch" -- Call to Action," *The Daily Kos*, August 22, 2007.

81. ↑ "You call this 'freedom'?" posted by *UncommonSense* Blog, August 24, 2007.

82. ↑ Jo Swift, "Nauseating Pro-War Commercial Featuring Vet Who Lost Both Legs in Iraq," *JoSwift* Blogspot, August 27, 2007.

83. ↑ Jim Kuhnhenn, "Republicans Launch Iraq Ads," Associated Press (*TIME* Magazine), August 22, 2007.

84. ↑ Libby's Money Men (and Woman), SourceWatch article.

85. ↑ WHOIS freedomswatch.org accessed August 23, 2007.

86. ↑ lookup freedomswatch.org, robtex.com, accessed August 24, 2007. Shows IP server network, domains sharing mailservers and domains sharing nameservers.

87. ↑ WHOIS record for IP 64.191.221.13 accessed August 23, 2007.

88. ↑ "In the astroturfing business," SourceWatch article on DDC.

89. ↑ The Freedom Watch, Project Freedom from U.S. Rep. Ron Paul.

90. ↑ Freedom Watch Afghanistan, PentagonTV, August 2007. Links for programs on page.

## External articles

This is a chronological listing of articles dating from August 22, 2007, about Freedom's Watch.

## External resources

- John Mearsheimer and Stephen Walt, "The Israel Lobby," *London Review of Books* (UK), March 23, 2006.
- Profile: Freedom's Watch, *Right Web*, last updated August 30, 2007.
- Freedom's Watch in the *Wikipedia*.

# Blogs that mention this article

- Irrefutable Proof That Middle America Is Stupid
- Hit Ed Where It Hurts
- Who?s behind the Pro War ?Freedom?s Watch? Ads?
- The Ruth Group
- Leaked Iraq Report Shows Little Progress
- Leaked Iraq Report Shows Little Progress
- The Bush Administration squeezes some more blood from 9/11 victims
- The Bush Administration squeezes some more blood from 9/11 victims
- "Freedom's Watch" Strikes a Nerve among the anti-war folks
- "Freedom's Watch" Strikes a Nerve among the anti-war folks

*Source: Technorati (view all)*

Retrieved from "http://www.sourcewatch.org/index.php?title=Freedom%27s_Watch"

Categories: Congresspedia | Pro-war lobby | War propaganda | War in Iraq | Pro-war in Iraq front groups | Politics (U.S.) | Elections (U.S.)

---

- This page was last modified 10:38, 6 September 2007.

- This page has been accessed 7,210 times.
- Content is available under GNU Free Documentation License 1.2.
- Privacy policy
- About SourceWatch
- Disclaimers

**SourceWatch is an encyclopedia of people, issues and groups shaping the public agenda. It is a project of the Center for Media & Democracy; email bob AT sourcewatch.org**

**Antispam note:** To avoid attracting spam email robots, email addresses on the SourceWatch are written with AT in place of the usual symbol, and we have removed "mail to" links. Replace AT with the correct symbol to get a valid address. We regret the inconvenience this entails. Lobby your government for more effective antispam regulations.

- CMD Home
- SourceWatch
- Congresspedia
- Sunlight Foundation
- Sunlight Blogs
- PR Watch
- Volunteer
- News Feeds
- Donate

**Quick Links**

- Recent changes
- Random page
- Help

**Center for Media and Democracy**

- About CMD
- Subscribe to our free Weekly Spin

**Search**

| | Go | Search |

**Find Your Representative**

Enter Your 9-Digit ZIP Code: xxxxx-xxxx

| | Go |

Don't Know Your 9-Digit ZIP?

**Toolbox**

- What links here
- Related changes

- Upload file
- Special pages
- Permanent link

*If you find SourceWatch useful, please consider making a donation to its sponsor, the Center for Media and Democracy.*

**Views**

- Article
- Discussion
- Edit this page
- History

**Personal tools**

- Log in
- Create New Account

NEWS

# Pro-Bush Group Airs New War Ads

**Backers of President Bush Launched a New Ad Critical of Liberal Group MoveOn.org**

By JIM KUHNHENN

*The Associated Press*

WASHINGTON

A political group supporting President Bush's Iraq war strategy with a multimillion-dollar ad campaign is airing a new TV ad denouncing a liberal group's sharp criticism of Gen. David Petraeus.

The campaign is the second rollout of ads by the group, Freedom's Watch, and capitalizes on Democratic Party unease over a newspaper ad run this week by MoveOn.org, one of the leading anti-war voices among liberal activists.

The MoveOn ad appeared Monday in The New York Times on the morning of Petraeus' first appearance before Congress to testify about conditions in Iraq. The ad accused Petraeus of "cooking the books" for the White House. "General Petraeus or General Betray Us?" it asked, playing off his name.

The ad has become a rallying point for Republicans, who have demanded that Democrats disavow it.

Some Democrats have voiced concern. On Monday, Sen. John Kerry, D-Mass., called the ad "over the top."

The Freedom's Watch ad states: "Name calling, charges of betrayal it's despicable. It's what MoveOn shamefully does and it's wrong. America and the forces of freedom are winning. MoveOn is losing. Call your Congressman and Senator. Tell them to condemn MoveOn."

"It's not surprising that a White House front group like Freedom's Watch would come after us," said Eli Pariser, executive director of MoveOn.org Political Action. Pariser defended the MoveOn ad, saying, "when you have the Bush administration spinning the facts about what is happening in Iraq, that's a betrayal of trust."

Bradley A. Blakeman, president of Freedom's Watch, said MoveOn was employing "outrageous tactics."

"To question the character and patriotism of brave men and women who combat terrorism everyday is too much, it's in poor taste and it will not go unchallenged," he said.

Freedom's Watch also plans to respond to MoveOn with a print ad in The New York Times, and has demanded the same $65,000 rate that the liberal group paid for its full-page ad. Freedom's Watch spokesman Matt David said his organization paid "significantly more" for another full-page ad Tuesday on the 9/11 anniversary.

*Exhibit        K*

Larry Klayman v Freedom's Watch, et al.

That ad, however, was a more expensive full-page color ad, compared to MoveOn's, which was black and white. The rate also would have been higher if Freedom's Watch asked for a specific date and placement of the ad. David said The New York Times did not offer Freedom's Watch the $65,000 rate.

Catherine Mathis, vice president of corporate communication at the Times, said she could not discuss specific advertisers, but said the rate for a special advocacy, full-page, black and white, standby ad is $64,575. At that rate, an advertiser can request that an ad run on a specific date, but cannot be guaranteed such placement.

"The rates are certainly things that have many different variables in them," she said.

Freedom's Watch launched a $15 million advertising blitz last month to pressure lawmakers, including Republicans, whose backing of the war was seen as wavering.

The group is financed by former White House aides and Republican fundraisers and was organized as a nonprofit organization under IRS rules. It is not required to identify its donors or the amounts they give.

Among those who have been publicly identified with the effort are billionaire Sheldon Adelson, a fundraiser for Bush and chairman and CEO of the Las Vegas Sands Corp., and conservative philanthropist John M. Templeton Jr. of Bryn Mawr, Pa. Both men have been major contributors to conservative causes.

Also backing Freedom's Watch are top Republican donors Anthony Gioia, Mel Sembler and Howard Leach, all former ambassadors in the Bush administration. Former White House Press Secretary Ari Fleischer is a founding member.

*Copyright 2007 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.*

Copyright © 2007 ABC News Internet Ventures

## Sen. Jack Reed Speaks Out on the Iraq Ad Wars

September 16, 2007 12:34 PM

✉ Email
↪ Share

ABC News' Mary Bruce Reports: Sen. Jack Reed, D- R.I., responded this morning to an ad from anti-war activist group MoveOn.org labeling General Petraeus as "General Betray Us".

"I think the particular ad overreached.  I think it was not something that I would accept.  And I think it was not the most effective way to get their message," Reed said in an interview on "This Week with George Stephanopoulos."

Republican leaders denounced the ad last week, calling on Democrats to condemn it. 2008 Republican Presidential candidate Rudy Giuliani responding by posting his own ad calling on democratic rival Sen. Hillary Clinton to denounce MoveOn.org.

Other activist groups have retaliated as well. Freedom's Watch released an ad in response, urging viewers to "call your congressman and senator. Tell them to condemn MoveOn."

Reed, who delivered the democratic rebuttal to President Bush's speech this week on the War in Iraq, said "it's better to get on to the substance, to have a discussion about force structures, about policies, about what the Iraqi government's doing. That, I think, is more resonant among the American people and more significant and helpful in terms of the debate."

Reed admitted, however, that "MoveOn.org is taking a very active role in trying to change the policy, and in that sense reflects a vast majority of Americans."

# New TV Ad Slams MoveOn.org

Spot From Freedom's Watch Denounces Liberal Group's Criticism Of Gen. David Petraeus

**WASHINGTON, Sept. 13, 2007**

Comments 🗨 230



Gen. David Petraeus speak during a news conference at the National Press Club in Washington, Wednesday, Sept. 12, 2007. (AP Photo/Gerald Herbert)

**RELATED**



**CBS EVENING NEWS**

**Special Report**
Katie Couric reports from inside Iraq, from Baghdad to the terrorist crossroads.

**STORIES**

**Petraeus Presents Conundrum For Dems**

**Giuliani Knocks Clinton's Petraeus Comment**

**AnswerTips℠ enabled** (What's this?)

**(CBS/AP)** A political group supporting President Bush's Iraq war strategy with a multimillion-dollar ad campaign is airing a new TV ad denouncing a liberal group's sharp criticism of Gen. David Petraeus.

The campaign is the second rollout of ads by the group, Freedom's Watch, and capitalizes on Democratic Party unease over a newspaper ad run this week by MoveOn.org, one of the leading anti-war voices among liberal activists.

The MoveOn ad appeared Monday in The New York Times on the morning of Petraeus' first appearance before Congress to testify about conditions in Iraq. The ad accused Petraeus of "cooking the books" for the White House. "General Petraeus or General Betray Us?" it asked, playing off his name.

The ad has become a rallying point for Republicans, who have demanded that Democrats disavow it.

Some Democrats have voiced concern. On Monday, Sen. John Kerry, D-Mass., called the ad "over the top."

The Freedom's Watch ad states: "Name calling, charges of betrayal it's despicable. It's what MoveOn shamefully does - and it's wrong. America and the forces of freedom are winning. MoveOn is losing. Call your Congressman and Senator. Tell them to condemn MoveOn."

Freedom's Watch also plans to run a print ad in The Times responding to MoveOn.

"It's not surprising that a White House front group like Freedom's Watch would come after us," said Eli Pariser, executive director of MoveOn.org Political Action. Pariser defended the MoveOn ad, saying, "when you have the Bush administration spinning the facts about what is happening in Iraq, that's a betrayal of trust."

Bradley A. Blakeman, president of Freedom's Watch, said MoveOn was employing "outrageous tactics."

"To question the character and patriotism of brave men and women who combat terrorism everyday is too much, it's in poor taste and it will not go unchallenged," he said.

Meanwhile, The Hill reports that presidential candidate Rudy Giuliani, who criticized the ad as "abominable," is asking The Times for the "same heavily discounted rate they gave MoveOn.org" for an ad.

The New York Post has reported that The Times charged MoveOn $65,000 instead of its standard $181,000 for the ad. The Times, according to Reuters, responded that there are many different categories of ads, with varying rates depending on variables such as multiple buys.

Freedom's Watch launched a $15 million advertising blitz last month to pressure lawmakers, including Republicans, whose backing of the war was seen as wavering.

The group is financed by former White House aides and Republican fundraisers and was organized

as a nonprofit organization under IRS rules. It is not required to identify its donors or the amounts they give.

Among those who have been publicly identified with the effort are billionaire Sheldon Adelson, a fundraiser for Bush and chairman and CEO of the Las Vegas Sands Corp., and conservative philanthropist John M. Templeton Jr. of Bryn Mawr, Pa. Both men have been major contributors to conservative causes.

Also backing Freedom's Watch are top Republican donors Anthony Gioia, Mel Sembler and Howard Leach, all former ambassadors in the Bush administration. Former White House Press Secretary Ari Fleischer is a founding member.

©MMVII, CBS Interactive Inc. All Rights Reserved. This material may not be published, broadcast, rewritten, or redistributed. The Associated Press contributed to this report.

## Sen. Jack Reed Speaks Out on the Iraq Ad Wars

September 16, 2007 12:34 PM

☑ Email
⊞ Share

ABC News' Mary Bruce Reports: Sen. Jack Reed, D- R.I., responded this morning to an ad from anti-war activist group MoveOn.org labeling General Petraeus as "General Betray Us".

"I think the particular ad overreached.  I think it was not something that I would accept.  And I think it was not the most effective way to get their message," Reed said in an interview on "This Week with George Stephanopoulos."

Republican leaders denounced the ad last week, calling on Democrats to condemn it. 2008 Republican Presidential candidate Rudy Giuliani responding by posting his own ad calling on democratic rival Sen. Hillary Clinton to denounce MoveOn.org.

Other activist groups have retaliated as well. Freedom's Watch released an ad in response, urging viewers to "call your congressman and senator. Tell them to condemn MoveOn."

Reed, who delivered the democratic rebuttal to President Bush's speech this week on the War in Iraq, said "it's better to get on to the substance, to have a discussion about force structures, about policies, about what the Iraqi government's doing. That, I think, is more resonant among the American people and more significant and helpful in terms of the debate."

Reed admitted, however, that "MoveOn.org is taking a very active role in trying to change the policy, and in that sense reflects a vast majority of Americans."

**NEWS**

# Pro-Bush Group Airs New War Ads

**Backers of President Bush Launched a New Ad Critical of Liberal Group MoveOn.org**

**By JIM KUHNHENN**

*The Associated Press*

**WASHINGTON**

A political group supporting President Bush's Iraq war strategy with a multimillion-dollar ad campaign is airing a new TV ad denouncing a liberal group's sharp criticism of Gen. David Petraeus.

The campaign is the second rollout of ads by the group, Freedom's Watch, and capitalizes on Democratic Party unease over a newspaper ad run this week by MoveOn.org, one of the leading anti-war voices among liberal activists.

The MoveOn ad appeared Monday in The New York Times on the morning of Petraeus' first appearance before Congress to testify about conditions in Iraq. The ad accused Petraeus of "cooking the books" for the White House. "General Petraeus or General Betray Us?" it asked, playing off his name.

The ad has become a rallying point for Republicans, who have demanded that Democrats disavow it.

Some Democrats have voiced concern. On Monday, Sen. John Kerry, D-Mass., called the ad "over the top."

The Freedom's Watch ad states: "Name calling, charges of betrayal it's despicable. It's what MoveOn shamefully does and it's wrong. America and the forces of freedom are winning. MoveOn is losing. Call your Congressman and Senator. Tell them to condemn MoveOn."

"It's not surprising that a White House front group like Freedom's Watch would come after us," said Eli Pariser, executive director of MoveOn.org Political Action. Pariser defended the MoveOn ad, saying, "when you have the Bush administration spinning the facts about what is happening in Iraq, that's a betrayal of trust."

Bradley A. Blakeman, president of Freedom's Watch, said MoveOn was employing "outrageous tactics."

"To question the character and patriotism of brave men and women who combat terrorism everyday is too much, it's in poor taste and it will not go unchallenged," he said.

Freedom's Watch also plans to respond to MoveOn with a print ad in The New York Times, and has demanded the same $65,000 rate that the liberal group paid for its full-page ad. Freedom's Watch spokesman Matt David said his organization paid "significantly more" for another full-page ad Tuesday on the 9/11 anniversary.

That ad, however, was a more expensive full-page color ad, compared to MoveOn's, which was black and white. The rate also would have been higher if Freedom's Watch asked for a specific date and placement of the ad. David said The New York Times did not offer Freedom's Watch the $65,000 rate.

Catherine Mathis, vice president of corporate communication at the Times, said she could not discuss specific advertisers, but said the rate for a special advocacy, full-page, black and white, standby ad is $64,575. At that rate, an advertiser can request that an ad run on a specific date, but cannot be guaranteed such placement.

"The rates are certainly things that have many different variables in them," she said.

Freedom's Watch launched a $15 million advertising blitz last month to pressure lawmakers, including Republicans, whose backing of the war was seen as wavering.

The group is financed by former White House aides and Republican fundraisers and was organized as a nonprofit organization under IRS rules. It is not required to identify its donors or the amounts they give.

Among those who have been publicly identified with the effort are billionaire Sheldon Adelson, a fundraiser for Bush and chairman and CEO of the Las Vegas Sands Corp., and conservative philanthropist John M. Templeton Jr. of Bryn Mawr, Pa. Both men have been major contributors to conservative causes.

Also backing Freedom's Watch are top Republican donors Anthony Gioia, Mel Sembler and Howard Leach, all former ambassadors in the Bush administration. Former White House Press Secretary Ari Fleischer is a founding member.

*Copyright 2007 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.*

Copyright © 2007 ABC News Internet Ventures

FOXNews.com - Free Video Player                                      Page 1 of 1

# SHOWS / HANNITY & COLMES





## MoveOn Outrage

**★ MOST WATCHED ★**

- Exclusive Interview with Iraqi PM
- Anti-war protests on Capitol Hill
- Bounty on Swedish cartoonist
- Selling Sex To Kids
- Adorable kitties make debut at zoo

▷ ❚❚ ■ ◀◀ ▶▶  02:58  .₁₁❙ + −  **CHANGE SPEED**

---

NEWS  |  BUSINESS  |  ENTERTAINMENT  |  OPINION  |  SHOWS  |  FNC IMAG  |  FOX

**O'REILLY FACTOR**

**HANNITY & COLMES**

**ON THE RECORD**

**GRETA VIDEO BLOG**

**FOX NEWS TALK**

**HANNITY & COLMES**  [ 12 video clips ]  [ RSS ]

**Hero's Wife Weighs In**

Exclusive: Widow of soldier mentioned in Bush speech speaks out about MoveOn
**◀ LIST**

**Powerful Petraeus**

Ex U.N. Amb. John Bolton on Petraeus testimony; Bush speech
**◀ LIST**

**MoveOn Outrage**

Freedom Watch fires back with a new TV ad
**◀ LIST**

**MY PLAYLIST**                                    **HELP**   **EXPAND PLAYER**

FOXNews.com - Free Video Player                                                    Page 1 of 1

# SHOWS / HANNITY & COLMES



## MoveOn Outrage

**MOST WATCHED**

• Exclusive Interview with Iraqi PM
• Anti-war protests on Capitol Hill
• Bounty on Swedish cartoonist
• Selling Sex To Kids
• Adorable kitties make debut at zoo



▶ ❚❚ ■ ◀◀ ▶▶   02:23   .₁₁₁▮ + −   **CHANGE SPEED**

| NEWS | BUSINESS | ENTERTAINMENT | OPINION | SHOWS | FNC IMAG | FO**X** |

O'REILLY FACTOR

HANNITY & COLMES

ON THE RECORD

GRETA VIDEO BLOG

FOX NEWS TALK

## HANNITY & COLMES   [ 12 video clips ]   RSS

**Hero's Wife Weighs In**
Exclusive: Widow of soldier mentioned in Bush speech speaks out about MoveOn
**LIST**

**Powerful Petraeus**
Ex U.N. Amb. John Bolton on Petraeus testimony; Bush speech
**LIST**

**MoveOn Outrage**
Freedom Watch fires back with a new TV ad
**LIST**

**MY PLAYLIST**

**HELP**   **EXPAND PLAYER**

# SHOWS / HANNITY & COLMES



Petraeus's superior, Admiral William Fallon, chief of the Central Command (CENTCOM), derided Petraeus as a sycophant during their first meeting in Baghdad last March... Fallon told Petraeus that he considered him to be "an ass-kissing little chickensh**" and added, " hate people like that"

Inter Press Service
9/12/07

▶ ⏸ ⏹ ◀◀ ▶▶  01:07  .₁₁ + −   CHANGE SPEED

## MoveOn Outrage

**MOST WATCHED**

- Exclusive Interview with Iraqi PM
- Anti-war protests on Capitol Hill
- Bounty on Swedish cartoonist
- Selling Sex To Kids
- Adorable kitties make debut at zoo



---

**NEWS  |  BUSINESS  |  ENTERTAINMENT  |  OPINION  |  SHOWS  |  FNC IMAG  |  FOX**

O'REILLY FACTOR

HANNITY & COLMES

ON THE RECORD

GRETA VIDEO BLOG

FOX NEWS TALK

### HANNITY & COLMES  [ 12 video clips ]  RSS

**Hero's Wife Weighs In**

Exclusive: Widow of soldier mentioned in Bush speech speaks out about MoveOn

**Powerful Petraeus**

Ex U.N. Amb. John Bolton on Petraeus testimony; Bush speech

**MoveOn Outrage**

Freedom Watch fires back with a new TV ad

MY PLAYLIST

HELP   EXPAND PLAYER

## SHOWS / HANNITY & COLMES





### MoveOn Outrage

**MOST WATCHED**

- Exclusive Interview with Iraqi PM
- Anti-war protests on Capitol Hill
- Bounty on Swedish cartoonist
- Selling Sex To Kids
- Adorable kitties make debut at zoo

---

**NEWS** | **BUSINESS** | **ENTERTAINMENT** | **OPINION** | **SHOWS** | **FNC IMAG** | **FOX**

O'REILLY FACTOR

HANNITY & COLMES

ON THE RECORD

GRETA VIDEO BLOG

FOX NEWS TALK

**HANNITY & COLMES**  [ 12 video clips ]  RSS



**Hero's Wife Weighs In**
Exclusive: Widow of soldier mentioned in Bush speech speaks out about MoveOn



**Powerful Petraeus**
Ex U.N. Amb. John Bolton on Petraeus testimony: Bush speech



**MoveOn Outrage**
Freedom Watch fires back with a new TV ad

MY PLAYLIST                                      HELP   EXPAND PLAYER

JS 44 (Rev. 11/05)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS**

LARRY KLAYMAN

**DEFENDANTS**

FREEDOM'S WATCH, INC. ET AL.

07 - 22433

CIV - HUCK

WASHINGTON DC

**(b)** County of Residence of First Listed Plaintiff   MIAMI-DADE
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   WASHINGTON DC
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

LARRY KLAYMAN
601 BRICKELL KEY DRIVE, SUITE 404
MIAMI, FLORIDA 33131

Attorneys (If Known)

MAGISTRATE JUDGE
SIMONTON

**(d)** Check County Where Action Arose: ☑ MIAMI- DADE  ☐ MONROE  ☐ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE  HIGHLANDS

| **II. BASIS OF JURISDICTION** (Place an "X" in One Box Only) | **III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff (For Diversity Cases Only) and One Box for Defendant) |
|---|---|

☐ 1  U.S. Government Plaintiff
☑ 3  Federal Question (U.S. Government Not a Party)

☐ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

DADE-07-22433-CV-HUCK-SIMONTON

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt. Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Re-filed (see VI below)   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S).** (See instructions second page):

a) Re-filed Case ☐ YES ☐ NO     b) Related Cases ☐ YES ☐ NO

JUDGE                    DOCKET NUMBER

**VII. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

Lanham Act, federal, Florida and common law trademark infringement, dilution and unfair practices

LENGTH OF TRIAL via 10 days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:**   ☑ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 100,000,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☑ Yes  ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE   September 17, 2007

FOR OFFICE USE ONLY
AMOUNT 350.00   RECEIPT # 966635   IFP
09/17/07