UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Miami Division

**Case No : 07-22433-CIV-HUCK/O'SULLIVAN**

LARRY KLAYMAN,

    Plaintiff,

vs.

FREEDOM'S WATCH, INC., BRADLEY
BLAKEMAN, ARI FLEISCHER, MEL
SEMBLER, WILLIAM P. WEIDNER, and
MATTHEW BROOKS,

    Defendants.

_____/

**DEFENDANTS' MOTION FOR FINAL JUDGMENT AS TO COSTS**

    **COME NOW** the Defendants, by and through their undersigned counsel, and hereby move this Court for a Final Judgment as to Costs, and as grounds therefor state the following:

    1.    On or about March 25, 2008, this Court entered Final Judgment in favor of the Defendants and against the Plaintiff. Docket Entry ("DE") # 148.

    2.    On or about April 24, 2008, the Defendant filed an Amended Motion for Taxation of Costs, seeking reimbursement for certain discovery costs incurred in the defense of this case, as more fully described in the Motion. DE # 152.

    3.    The matter was referred to United States Magistrate Judge John O'Sullivan pursuant to the instructions of the Court, and on or about August 7, 2008, the Magistrate Judge issued a Report and Recommendation that the Defendants' Motion be Granted in Part and Denied in Part, and that the Defendants be awarded $18,394.26 in costs. DE # 181.

4. This Report and Recommendation was Affirmed in Part and Remanded in Part for Further Proceedings by the Court's Order dated September 12, 2008. DE # 186.

5. That Order provided that collection of the cost award would be stayed pending resolution of a pending appeal by the Plaintiff. DE # 186 at 2.

6. A subsequent Report and Recommendation was issued on or about November 18, 2008, indicating that the Defendants should not be awarded additional costs. DE # 197.

7. This Report and Recommendation was also Affirmed by the Court, who entered an Order accordingly on December 4, 2008. DE # 198.

8. That December 4 Order provided that "if payment [of costs as indicated in the First Report and Recommendation] is not made within a reasonable period of time, Defendants may apply for entry of a final judgment as to costs."

9. On or about February 9, 2009, the Clerk of Court entered dismissal of the Plaintiff's pending appeal for failure on the part of the Plaintiff to pay the required docketing and filing fees. DE # 202. As a result, the case has been closed according to the docketing information.

10. The Plaintiff has failed to pay and continues to fail to pay to the Defendants the amounts awarded by the court as referenced herein, despite repeated demands by the Defendants, and as a result, the Defendants are entitled to final judgment as to costs.

11. A copy of the proposed final judgment as to costs being filed forthwith.

**WHEREFORE**, the Defendants respectfully pray the court for entry of final judgment in their favor and against the Plaintiff, Larry Klayman, as to costs in the amount of $18,394.26 in accordance with the Magistrate Judge's Reports and Recommendations and with this Court's Orders, and for any other and further relief this Court deems just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 10, 2009, a true and correct copy of the above and foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which automatically sends electronic notice to the Plaintiff, LARRY KLAYMAN, c/o the Klayman Law Firm, P.A., 3415 SW 24th Street, Miami, Florida 33145, to W. RYAN TEAGUE, ESQ., and to all other interested parties hereto.

        **JORGE M. ABRIL, P.A.**
*Attorneys for Defendants*
Colonnade Plaza, Suite #230
1201 Brickell Avenue
Miami, Florida 33131-3207
Telephone: 305.373.0901
Facsimile: 305.373.0119


By:  /s Craig R. Lewis
    JORGE M. ABRIL, ESQ.
    FBN: 762679
    jmabril@abrilaw.com
    CRAIG R. LEWIS, ESQ.
    FBN: 41358
    crlewis@abrilaw.com