UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Miami Division

Case No : 07-22433-CIV-HUCK/O'SULLIVAN

LARRY KLAYMAN,

    Plaintiff,

vs.

FREEDOM'S WATCH, INC., BRADLEY
BLAKEMAN, ARI FLEISCHER, MEL
SEMBLER, WILLIAM P. WEIDNER, and
MATTHEW BROOKS,

    Defendants.

_____/

## FINAL JUDGMENT AS TO COSTS

**THIS** action came before the Court on April 13, 2009. On the evidence presented, the Court finds as follows:

**IT IS ADJUDGED** that Defendants, **Freedoms Watch, Inc., Bradley Blakeman, Ari Fleischer, Mel Sembler, William P. Weidner,** and **Matthew Brooks** recover from Plaintiff, **Larry Klayman**, *c/o Klayman Law Firm, 3415 SW 24th Street, Miami, Florida 33145*, costs of litigation in the amount of **$18,394.26** pursuant to Court Order, which shall bear interest at the rate of 8% thereafter, for all of which let execution issue.

**ORDERED AND DONE** in Chambers at Miami, Florida, this April 13, 2009.

                                                  HONORABLE PAUL C. HUCK
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record