UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22433-CIV-HUCK/O'SULLIVAN

LARRY KLAYMAN,

    Plaintiff,

v.

FREEDOM'S WATCH, INC., BRADLEY
BLAKEMAN, ARI FLEISCHER, MEL
SEMBLER, WILLIAM P. WEINDER,
and MATTHEW BROOKS,

    Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on the Defendants' Motion to Compel and for Sanctions (DE #s 223 & 224). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Accordingly, it is

**ORDERED AND ADJUDGED** that on or before November 16, 2009, the plaintiff, Larry Klayman, shall file a response to the Defendants' Motion to Compel and for Sanctions (DE #s 223 & 224). The failure of the plaintiff, Larry Klayman, to file a response to the Defendants' Motion to Compel and for Sanctions (DE #s 223 & 224) may result in an Order granting the Defendants' Motion to Compel and for Sanctions

(DE #s 223 & 224) in its entirety.

DONE AND ORDERED in Chambers, at Miami, Florida this 2nd day of November, 2009.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Huck
All counsel of record