UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22433-CIV-HUCK/O'SULLIVAN

LARRY KLAYMAN,

    Plaintiff,

v.

FREEDOM'S WATCH, INC., BRADLEY
BLAKEMAN, ARI FLEISCHER, MEL
SEMBLER, WILLIAM P. WEINDER,
and MATTHEW BROOKS,

    Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on the Defendants' Motion to Compel and for Sanctions (DE #s 223 & 224). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

In an Order dated November 2, 2009, (DE # 227), the undersigned ordered that the plaintiff, Larry Klayman, file a response to the Defendants' Motion to Compel and for Sanctions (DE #s 223 & 224) on or before November 16, 2009. In the Order dated November 2, 2009, the plaintiff, Larry Klayman, was warned that the failure of the plaintiff, Larry Klayman, to file a response to the Defendants' Motion to Compel and for Sanctions (DE #s 223 & 224) may result in an Order granting the Defendants' Motion to Compel and for Sanctions (DE #s 223 & 224) in its entirety. As of the date of this

Order, no response to the Defendants' Motion to Compel and for Sanctions (DE #s 223 & 224) has been filed with the Court. Accordingly, it is

**ORDERED AND ADJUDGED** that the Defendants' Motion to Compel and for Sanctions (DE #s 223 & 224) is GRANTED in part and DENIED in part in accordance with this Order. The Motion to Compel is granted. The plaintiff shall provide complete responses to the outstanding discovery in aid of execution, i.e. the Interrogatories in Aid of Execution and the Request for Production in Aid of Execution, on or before December 18, 2009. The Motion for monetary sanctions is denied without prejudice to renew.

DONE AND ORDERED in Chambers, at Miami, Florida this 4th day of December, 2009.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Huck
All counsel of record